## VERIFICATION AS TO PETITIONER'S KNOWLEDGE

Jani Maselli, co-counsel in this case has met with Mr. Masterson and both myself and Mr. Brandon have corresponded with Richard Allen Masterson, who is located at the Polunsky Unit in Livingston, Texas. Through meetings, correspondence, and discussions with his immediate family, we have explained all the claims raised in this federal application.

Accordingly, Petitioner Masterson has been fully informed of, and has consented to, claims raised in this petition. *See 28 U.S.C. § 2242*, and Advisory Committee Note on Rule 2(c); *Lucky v. Calderon*, 86 F.3d 923 (9th Cir. 1996).

I swear that the foregoing averments as to petitioner's acknowledgment and consent to issues raised are true and correct.

I swear that the alleged facts in this petition are true and correct to the best of my knowledge.

_____
JANI MASELLI

Sworn and subscribed before me on _August 17, 2009_ .

_____
NOTARY PUBLIC - STATE OF TEXAS



IRMA E. REYES
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP.
6-30-10

**Appendix For Richard Allen Masterson**

Appendix A
Affidavit of Layton Duer

"A"

STATE OF TEXAS
COUNTY OF HARRIS

Before me the undersigned appeared LAYTON DUER and after being duly sworn did depose the following:

My name is Layton Duer. I was second chair counsel for Applicant Richard Allen Masterson in the trial of this cause. During the testimony of Paul Schrode, the Assistant Harris County Medical Examiner, I observed that on one of the jurors, Ms. Cynthia Franco, appeared to be asleep during the testimony of the medical examiner. Her eyes were closed, her chin was down on her chest, and she appeared to me to be asleep. I noticed this on at least two occasions. I recall that at that time I had a conversation with co-counsel Robert Loper on what we had observed..

SWORN TO AND SUBSCRIBED before me this the 30th day of January, 2004.

RUTH VALDEZ
Notary Public, State of Texas
My Commission Expires
September 21, 2004

Ruth Valdez

Appendix B
Affidavit of Robert Loper

"B"

STATE OF TEXAS
COUNTY OF HARRIS

Before me the undersigned appeared ROBERT K. LOPER and after being duly sworn did depose the following:

My name is Robert K. Loper. I was lead counsel for Applicant Richard Allen Masterson in the trial of this cause. During the testimony of Paul Schrode, the Assistant Harris County Medical Examiner, I observed that one of the jurors, Ms. Cynthia Franco, appeared to have been asleep during most of the testimony. This was brought to my attention by my co-counsel Layton Duer since I was questioning Dr. Schrode.

ROBERT K. LOPER.

SWORN TO AND SUBSCRIBED before me this the 16th day of January, 2004.

OFFICIAL SEAL
NORMA YANEZ BLANKS
NOTARY PUBLIC
In and for the State of Texas
My commission expires 10-12-2004

Norma Yanez Blanks
Notary Public

Appendix D
Affidavit of Dr. Paul Radelat

"D"

| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

## AFFIDAVIT

My name is Dr. Paul B. Radelat. I am a medical doctor and forensic pathologist. A copy of my curriculum vitae is attached hereto and incorporated for all purposes. I have reviewed autopsy report Harris County Medical Examiner 2001-308 regarding Darrin Shane Honeycutt and trial testimony excerpts from Dr. Paul Strode and Defendant Richard Masterson. I have conducted this review in order to form opinions regarding the cause of death of Darrin Shane Honeycutt and the circumstances associated with his death.

Based upon the material available for my review and upon my forty plus years of training and experience in pathology, it is my opinion that the choke hold/sleeper hold applied to the neck of Darrin Shane Honeycutt by Defendant Richard Masterson produced a partial reduction in cerebral blood flow thus producing brain hypoxia and partial if not complete unconsciousness. Simultaneously with the brain hypoxia, there was compression on the carotid sinuses with increased heart rate and systemic hypertension. In reasonable medical probability, these additional stresses on the heart superimposed on the adrenergic effects of sexual excitement led to a fatal cardiac arrhythmia in Darrin Shane Honeycutt arising out of his unforeseeable pre-disposition to such an arrhythmia because of the coronary atherosclerosis demonstrated at post-mortem examination.

Expressed in other terms, the choke/sleeper hold applied to the neck of Darrin Shane Honeycutt at his request for erotic effect by Defendant Richard Masterson in reasonable medical probability could have produced the desired erotic effect, i.e. decreased consciousness, while almost simultaneously producing the decidedly undesirable effect of cardiac arrhythmia. This transition to cardiac arrhythmia, producing increasing semi-consciousness and eventual unconsciousness may not have been recognizable to Defendant Richard Masterson who may not then have reduced the hold quickly enough to avert irreversible consequences. This sequence of events would be consistent with the facts related by Richard Masterson in his trial testimony.

PAUL B. RADELAT, M.D.

SWORN AND SUBSCRIBED to before me on this 20 day of February, 2004.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

00027

# CURRICULUM VITAE

August 4, 2003

**NAME:**     PAUL B. RADELAT

**DEGREES:**     Doctor of Medicine, M.D.
Doctor of Jurisprudence, J.D.

**MAILING ADDRESS:**

| | | | |
|---|---|---|---|
| Preferred: | 12 Farnham Park Dr.<br>Houston, Texas 77024 | (Home) | 713-780-3015 |
| Alternate: | Beirne, Maynard & Parsons, L.L.P.<br>1300 Post Oak Blvd., Suite 2500<br>Houston, Texas 77056-3000 | (Law Firm) | 713-623-0887 |
| Alternate: | Christus St. Joseph<br>1919 LaBranch<br>Houston, Texas 77002 | (Hospital) | 713-756-5644 |

**PAGER NUMBER:**     281-725-2722

**DATE OF BIRTH:**     July 5, 1933

**PLACE OF BIRTH:**     New Orleans, Louisiana

**UNDERGRADUATE EDUCATION:**     Jesuit High School, New Orleans, Louisiana, 1947 - 1951

Loyola University of South, New Orleans, Louisiana, 1951 - 1953

**POSTGRADUATE MEDICAL EDUCATION:**     Louisiana State University, School of Medicine, New Orleans, Louisiana, M.D. Degree, 1957

**BOARD CERTIFICATION:**     Diplomate, American Board of Pathology
Clinical Pathology and Anatomic Pathology, 1962

00028

PAST MEDICAL POSITIONS:

Teaching Fellow - Columbia University,
College of Physicians and Surgeons,
New York, New York, 1958 - 1959

Resident in Pathology - Gorgas Hospital,
Canal Zone, Panama, 1959 - 1960

Research Fellow in Pathology - Louisiana State
University, School of Medicine, 1960 - 1962

Chief of Laboratory Service, U.S. Naval Hospital, U.S.
Naval Academy, Annapolis, Maryland, 1962 - 1964

Staff Pathologist, Spohn Hospital,
Corpus Christi, Texas, 1964 - 1965

Staff Pathologist, Driscoll Children's Hospital,
Corpus Christi, Texas, 1964 - 1965

Consultant Pathologist, U.S. Naval Hospital,
Corpus Christi, Texas, 1964 - 1965

Staff Pathologist, The Methodist Hospital,
Houston, Texas, 1966 - 1970

Chief Deputy Medical Examiner, Clark County, Nevada
(Las Vegas), 1965 - 1966

Pathologist, Diagnostic Center Hospital,
Houston, Texas, July, 1966 - March 1991

PRESENT MEDICAL POSITIONS:

Assistant Professor Pathology (Clinical),
Baylor University College of Medicine, Houston, Texas

Honorary Staff, Department of Pathology,
Diagnostic Center Hospital, Houston, Texas

Courtesy Staff, Department of Pathology,
St. Mary's Hospital, Port Arthur, Texas

Active Staff, Department of Pathology,
St. Joseph Hospital, Houston, Texas

Active Staff, Department of Pathology
Bellaire Medical Center, Houston, Texas

| | |
|---|---|
| PROFESSIONAL MEDICAL SOCIETIES: | Alpha Omega Alpha, Louisiana State University, School of Medicine, 1957 |
| | Texas Society of Pathologists |
| | College of American Pathologists |
| | Harris County Medical Society |
| | Texas Medical Association |
| | American Medical Association |
| POSTGRADUATE LEGAL EDUCATION: | University of Houston, Bates College of Law, Doctor of Jurisprudence, 1969 |
| BAR MEMBERSHIPS: | Admitted to the Texas State Bar - 1969 |
| | U.S. District Courts - Southern District - 1970 |
| | Fifth Circuit Court of Appeals - 1971 |
| | Supreme Court of the United States - 1972 |
| PAST LEGAL POSITIONS: | Of Counsel, McFall & Sartwelle, P.C., Houston, Texas, May 1991 – March 1994 |
| | Partner, Sartwelle & Radelat, L.L.P., Houston, Texas, March 1994 – December 1998 |
| | Adjunct Professor of Law, University of Houston Law Center, Houston, Texas September 1988 - September 1995 |
| PRESENT LEGAL POSITIONS: | Of Counsel, Beirne, Maynard & Parsons, L.L.P., Houston, Texas, December 1998 – Present |
| PROFESSIONAL LEGAL SOCIETIES: | Houston Bar Association |
| | Texas Bar Association |

-3-

PAST MILITARY POSITIONS:

Chief of Laboratory Service, U.S. Naval Hospital,
U.S. Naval Academy, Annapolis, Maryland, 1962 - 1964

Special Training, Submarine and Diving Medicine, U.S.
Navy

Senior Medical Officer, U.S. Naval Reserve,
Houston, Texas

Campus Liaison Officer,
Baylor College of Medicine

PRESENT RANK:

Captain, Medical Corps, U.S. Naval Reserve, Retired

POLITICAL AND COMMUNITY
RESPONSIBILITIES:

Past President, Tara Oaks Property Owners'
Association, 1967 - 1970

Alderman and City Councilman,
City of Hunters' Creek Village, 1970 - 1972

Vice-President, Farnham Park Home Owner's
Association, 1996-2000

00001

Appendix E
Affidavit of Jerome Brown



**BROWN, NELSON, FRANK, GILES & ASSOCIATES**
6565 West Loop South • Suite 600 • Houston, Texas 77401 • 713/592-8952 • Fax 713/592-9266
1543 Green Oak Place • Suite 101 • Kingwood, Texas 77339 • 281/852-3878
714 Main • Liberty, Texas 77575 • 409/336-3899 • Fax 409/336-4098
12926 Dairy Ashford • Sugar Land, Texas 77478 • 713/592-8952

"E"

February 4, 2004

Mr. J. Sidney Crowley
Attorney at Law
440 Louisiana, Suite 2050
Houston, Texas 77002

Re: Richard A. Masterson (TDC #999,414)

Dear Mr. Crowley:

Mr. Masterson was seen for clinical interview on February 3, 2004 pursuant to your request. It is my understanding that he was convicted of the criminal offense of capital murder and received the death penalty approximately two years ago. The present interview was requested to assist in the appeals process and to provide any information that might be of value in mitigating his sentence. Also utilized were treatment records from the Texas Youth Commission related to his detention in their facilities between 1998 and 1999.

Mr. Masterson was seen in an attorney's interview booth located on the Polunsky Unit of the Texas Department of Corrections where he is presently incarcerated. He was presented as a well-groomed and well-nourished white male whose stated date of birth would make him almost thirty-two years old. As you recall, you were also present for the interview and consequently, Mr. Masterson understood that the information was being obtained for his defense. Throughout the contact with him, he was pleasant, agreeable, and responsive to all evaluation requirements. He seemed to be doing his best to provide complete and accurate information and was considered cooperative.

Based upon the results of the clinical interview, I would like to offer a summary of the relevant findings as they pertain to the referral question:

1) Mr. Masterson was raised in an extremely abusive (physically and emotionally) home environment, mainly due to the frequent and severe beatings at the hands of an alcoholic father. In this respect, he reported being slapped, and struck with a variety of items, including belts, switches, water hoses, extension cords, and coat hangers. Often these beatings were administered after being awakened in the middle of the night by his father who was in a drunken rage because he had noticed some minor infraction they had committed, such as leaving a gum wrapper in the yard.

---

Psychological Consultants to Medicine, Law, Business & Education

Jerome B. Brown, Ph.D.    Dennis Nelson, P    Bradley L. Frank, Ph.D.    Melissa K. Giles,    Peter Moore, Ph.D.    Allison Moore, Ph.D.

Re: Richard A. Masterson

Mr. Masterson continues to have sleeping difficulties to date, at least partly due to these events.

2) Mr. Masterson regular witnessed his father beating his mother. Eventually, she was convinced by family members to leave him after twenty-seven years of being subjected to this kind of abuse. His father passed away approximately four years ago.

3) Mr. Masterson was sexually abused by his older brother when he was eight years old (his brother was approximately eleven years older). This occurred on at least one occasion, but might have happened more often. This activity was forced upon him, but he told no one about it until much later when he was an adult and shared it with his father shortly before his death. His father accused him of being a liar when he heard this.

4) Mr. Masterson exhibited many behavioral and conduct problems throughout his life, including fighting and skipping school. His school adjustment was always poor. There are indications from the treatment records that he may have had some type of Attention Deficit Disorder, but this was never diagnosed or treated.

5) Mr. Masterson is nearly blind in his left eye (only sees shapes and light) and was "cross-eyed" in this same eye for many years, requiring him to wear a patch to school. He was regularly teased about this, leading to increased aggressive behavior and frequent fighting. Corrective surgery was performed in 1982, which helped. Because he did not want to go to school, it was necessary to repeat the first, sixth, and perhaps the fourth grade.

6) Mr. Masterson acknowledged a serious and ongoing problem with street drug abuse, mainly cocaine, both by injection and smoking ("crack"). At times, his drug abuse has become so severe that he has experienced seizures. In this respect, he estimated that he has had fifty to seventy-five separate seizure episodes when overdosing on drugs. Although he has used a number of illegal chemicals, his habitual use and periods of addiction have only involved cocaine (he does not believe that he was intoxicated on cocaine at the time the offense occurred, however). Mr. Masterson's use of alcohol was also heavy and regular and it is likely that he would be considered alcohol dependent. At these levels, and considering the amount of time he was abusing street drugs, the possibility of neurological compromise must be considered.

7) Mr. Masterson reports ongoing and continuing problems with severe headaches, which have been occurring since he began using street drugs heavily, at least since his mid-twenties. He stated that the headaches are sometimes so severe that they bring tears to his eyes and he finds it

Re: Richard A. Masterson

necessary to use more of the prescribed medication from the prison doctors than he should. His history of seizure activity, together with the recurring headaches, warrant further examination with neuropsychological testing and a brain scan. It is possible that some type of brain anomaly or dysfunction has been present for some time and prior to the offense.

8)   Mr. Masterson reported an incident during which he was struck in the head with a glass, requiring eighty stitches. This event could also be relevant to the issues noted in the previous section. He also reported a great deal of involuntary jerking while awake and a sense of "falling" while sleeping, which causes him to awaken.

9)   While in the Texas Youth Commission, he underwent a psychiatric evaluation (5/13/88) that recommended he be considered for residential treatment. It does not appear that he ever received such treatment or that he has been provided with any opportunity in his life to receive appropriate psychiatric or mental health assistance. Such assistance could have led to an appropriate diagnosis regarding the source of his behavioral and academic problems and more careful evaluation of the possibility of any brain tissue pathology. If he had received the treatment he needed, later drug abuse and problems with the law, as well as the current offense, might have been avoided.

10)  Mr. Masterson has had no disciplinary difficulties since being confined on death row. This suggests that initiation of problem behaviors is unlikely and that such behaviors emerge when he is provoked by events external to him. Such a pattern is often seen with individuals with brain tissue problems, especially compromise of the frontal lobe areas.

11)  His reported history of street drug abuse suggests that these substances were being used as a form of self-medication. Further evaluation concerning the reasons why this would be necessary for Mr. Masterson would be justified and extremely important in understanding his drug addictions and related need to support his habit through criminal activity.

I hope this information is of value to you in working with this interesting client. Please do not hesitate to contact me if there are further questions.

Sincerely,

Jerome B. Brown, Ph.D.
Clinical Psychologist

## Affidavit.

I, Richard Allen Masterson, Inmate Number 999414, being presently incarcerated in the Texas Department of Criminal Justice, Polunsky Unit, in Polk County, Texas, declare under penalty of perjury that the foregoing facts related by me to Dr. Jerome Brown on February 5, 2004, and cited in the foregoing report are true and correct.

Executed on February 26, 2004

Richard Allen Masterson

Appendix F
TYC Records

"F"

# CERTIFICATE OF CUSTODIAN
# TO COPY OF OFFICIAL RECORD

under authority of Rule 902 (4)
Texas Rules of Civil Evidence

**The State of Texas**
**County of Travis**

    I, the undersigned   __Boyd Onderdonk__  , Records Custodian of the Texas Youth Commission, in my performance of my functions of my office, hereby certify that the attached instrument is a full, and correct copy of the juvenile records for _____Richard Masterson_____(80 pages) and that said juvenile records for _____Richard Masterson_____ is an official writing from the public office of the Texas Youth Commission, of Travis County, State of Texas, and is kept in said office.

    I further certify I am the records custodian, and that I have legal custody of said juvenile records for _____Richard Masterson_____and that I am the lawful possessor and keeper and have legal custody of these records in the office of the Texas Youth Commission of Travis County, State of Texas.

Witness my hand at my office Travis County, this the __14th__ day of __March 2002__.

_____
Signature of Records Custodian

3 - 14 - 02
Date

Sworn to me subscribed before me this _____ day of _____ 2002.

_____
Notary Public

**County of Travis**
**State of Texas**



LAURA E POLLARD
NOTARY PUBLIC
State of Texas
Comm. Exp 07-29-2004

```
CCSX.S007           TYC -  RRECTIONAL CARE SYSTEM
                          GENERAL STUDENT DATA
                                                     DATE: 03/14/02
                                                     PAGE 1 OF 2

       TYC NBR.: 0702778  NAME: MASTERSON, RICHARD A
       ALIAS:
       LOCATION: EAST RGN              FILE LOCATION UNKNOWN
       SID NBR.:                       TRN NBR.:
       DATE OF BIRTH: 03/05/72  VERIFIED: Y   AGE: 30 YRS 0 MOS
       RACE: WHITE        SEX: M   CLASS/TYPE: NON-VIOLENT OFFENDER
       STATUS: DISCHARGE          AS OF: 04/06/90   ACTIVE DIRECTIVE: N
       PAROLE: Y                  AS OF: 03/16/89
       TYPE STAY: COMMITMENT    ADMISSION DATE: 05/04/88
       COMMIT/RVK. OFFENSE: UNAUTHORIZED USE OF VEHICLE
       CLASSIFYING OFFENSE: UNAUTHORIZED USE OF VEHICLE


       COMMIT/DATE: 04/29/88  JUDGE: BAUM      CAUSE NBR: 611433
       COURT: HARRIS 314TH DIST CT        COUNTY: HARRIS
       DETERMINATE SENTENCE: N    LOS:          MH HEARING:

    SUICIDE ALERT: REMOVED FROM SUICIDE ALERT 01/27/89
               SEE MRS FOR ADDITIONAL INFORMATION
     PRESS: 'PA1' CANCEL ENTRY  'PF1' SCROLL FORWARD  'PF3' RETURN TO NUMBER INQ
```

: 00007

```
CCSX.S007.PG2        TYC   CORRECTIONAL CARE SYSTEM
                          GENERAL STUDENT DATA              DATE: 03/14/02
  ALIAS:                                                    PAGE 2 OF 2
           TYC NBR.: 0702778       SSN: 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


           CSW:                        DORM:                 GROUP:
           HOME EVAL.: APPROVED        DATE: 03/89
           HOME PO: S    JOHNSON       CASE MANAGER:
           RECEIVING SUPPORT PAYMENTS: N  AMOUNT:            PER:


           CITIZENSHIP: UNITED STATES
           IQ-  VERBAL: 096      PERFORMANCE: 087      FULL SCALE: 091
           DATE LOS BEGINS: 05/04/88   MINIMUM LENGTH OF STAY DATE:
           HT: 5'10"     WT: 149     HAIR: BRN         EYES: BRN
           COMPLEXION: LGT
           DESCRIPTION: SCARS ON LEFT SHOULDERBLADE, CHEST, RIGHT THUMB &
                        RIGHT FOREARM



  PRESS:   'PA1' CANCEL ENTRY 'PF2' SCROLL BACKWARD 'PF3' RETURN TO NUMBER INQ
```

TEXAS YOUTH COMMISSION
STUDENT DATA SHEET

NAME: MASTERSON,RICHARD A          TYCNBR: 0702778

COMNT COUNTY: HARRIS          D.O.B.: 03/05/72

CMNT DATE/OFFENSE: 04/29/88 UNAUTHORIZED USE OF VEHICLE

DSCH DATE/REASON: 04/06/90 AGE 18 REACHED

LAST TYC RESID: CROCKETT

LAST LOCATION: REGION EAST

LAST INSTITUTION: CROCKETT

CASEWORK SUBFILE





# COMMITMENT SUMMARY

TEXAS YOUTH COMMISSION
CHILD CARE FORM

## TYC USE ONLY

TYC Number: 0202 228
Classifying Offense: 32.02
Date Admitted: 05 04 88
DHS Client Nbr: X

Court ID Code: DM 101 314 A
Classification: UN
Receiving Facility: Brc
Judgment for Support: ☐-Yes ☐-No Amount: $ _____ /mo.
Reasonable Efforts Clause on Commitment Order: ☐-Yes ☐-No

## IDENTIFICATION

Name: Last: MASTERSON First: RICHARD Middle: ALLEN
AKA: MASTERSON RICHARD ALLEN
Social Security Number: 576 43 9269 Sex: ☒-Male ☐-Female
Race/Ethnic: ☒-Anglo ☐-Black ☐-Hispanic ☐-American Indian ☐-Oriental ☐-Other
Citizenship: ☒-U.S. ☐-Mexico ☐-Other _____
Birthdate: 03 05 72 Birth Certificate Attached: ☒-Yes ☐-No
Birthplace:
City: HOUSTON County: HARRIS State: TEXAS Country:

## COMMITMENT

County: HARRIS Date: 04 29 88 Judge's Last Name: BAUM
Court Name: 314th District Court Cause Number: 61,433
Prosecuting Attorney's Name: O'DEA Probation ID Nbr: 106300
Type of Commitment: ☒-Direct Commitment ☐-Revocation of Probation
Probation Failure: ☐-Yes ☒-No If yes, reason: _____

## COMMITMENT REASON

8/23/86                    3107
Offense Description: MISCHIEF (2ct) UNUSMV Offense Code Section: 2803
Offense Level:
☒-Felony        Misdemeanor        Family Code
☐-Capital ☐-1 ☐-2 ☒-3   ☒-A ☐-B ☐-C   ☐-51.03b
Determinate Sentence: ☐-Yes ☒-No Length of Sentence (Nbr Years/Nbr Months): ___ / ___
Prior TYC Commitment: NA
Date: ___ / ___ Offense Code Section: ___ Offense Description: ___

WPC-3/88
CCF-001

(1 of 6)

000111



## REFERRAL SUMMARY

| Date of Referral | Referral Offense | Disposition | | | | | | Adjudicated Offense | Level of Adjudicated Offense | | | Disposition Modified to Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | COUNSELED & RELEASED | INFORMAL ADJUSTMENT | REFERRED (O) | ADJUDICATION Pending TO | ADJUDICATED AS AN: Ivc | CERTIFIED AS AN ADULT | | FELONY | MISDEMEANOR | FAMILY CODE | |
| 09 04 86 | 31 07 | | | | ✓ | | | 31 07 | ✓ | | | ☐-Yes ☐-No |
| 08 23 86 | 28 03 | | | | ✓ | | | 28 03 | | ✓ | | ☐-Yes ☐-No |
| 06 14 86 | 28 03 | | | | | | | 28 03 | | ✓ | | ☐-Yes ☐-No |
| 07 09 86 | 28 03 | | | ✓ | | | | | | ✓ | | ☐-Yes ☐-No |
| 5 | 31 07 | | | | | | | 31 07 | | | | ☐-Yes ☐-No |
| 6 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 7 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 8 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 9 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 10 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 11 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 12 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 13 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 14 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 15 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 16 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 17 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 18 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 19 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 20 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 21 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 22 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 23 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 24 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 25 / / | | | | | | | | - | | | | ☐-Yes ☐-No |
| 26 / / | | | | | | | | - | | | | ☐-Yes ☐-No |

Total Number of Referrals: _O3_

Total Number of Adjudications/Certifications: _1_

WPC - 3/88

CCP-001



## REFERRAL SUMMARY

| Date of Referral | Referral Offense | Disposition | | | | | | Adjudicated Offense | Level of Adjudicated Offense | | | Disposition Modified to Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | C O U N S E L E D & R E L E A S E D | I N F O R M A L A D J U D I C M N T | R E F U S E D D I S M I S S E D | A D J U D T O P R O B A T I O N | A D J U D I C A T E D T O T Y C | C E R T I F I E D A S A D U L T | | F E L O N Y | M I S D E M E A N O R | F A M I L Y C O D E | |
| 09 04 86 | 31 07 | | | | | ✓ | | 31 07 | ✓ | | | ☐-Yes ☐-No |
| 08 23 86 | 28 03 | | | | | ✓ | | 28 03 | | ✓ | | ☐-Yes ☐-No |
| 06 14 86 | 28 03 | | | | | ✓ | | 28 03 | | ✓ | | ☐-Yes ☐-No |
| 07 09 86 | 28 03 | | | | ✓ | | | | | ✓ | | ☐-Yes ☐-No |
| | 31 07 | | | | | | | 31 07 | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |
| / / | | | | | | | | | | | | ☐-Yes ☐-No |

Total Number of Referrals: **03**

Total Number of Adjudications/Certifications: **1**

WPC - 3/88

CGF-001

000049

## PREVIOUS RESIDENTIAL PLACEMENTS

| | Facility Name / Address | Placed By | Starting Date | Ending Date | Discharge Reason |
|---|---|---|---|---|---|
| 1 | | | / / | / / | |
| 2 | | | / / | / / | |
| 3 | | | / / | / / | |
| 4 | | | / / | / / | |
| 5 | | | / / | / / | |
| 6 | | | / / | / / | |

Total Previous Residential Placements: _____ 0

Number of Prior Placements at:

State Training Schools: 0
Accredited Psychiatric Hospitals: 0
Residential Treatment Centers: 0
Therapeutic Camps: 0

Group Homes / Halfway Houses: nA
Foster Families: nA
Substance Abuse Programs: nA
Other Types of Residential Programs: nA

Number of Failed Adoptive Placements: nA
Age at Time of First Out-of-Home Placement: nA

Does the Child Have a History of Being:

| | No | Somewhat or Sometimes | Very Much or Often | Unknown |
|---|---|---|---|---|
| Assaultive with Peers? | ☐-0 | ☑-1 | ☐-2 | ☐-? |
| Assaultive with Staff? | ☐-0 | ☑-1 | ☐-2 | ☐-? |

Child Has Been in Outpatient Therapy  ☐-Yes  ☑-No  Results:_____
Child Has Been in Inpatient Therapy  ☐-Yes  ☑-No  Results:_____

Other Rehabilitative Attempts: _____

WPC-3/88
CCF-001

(3 of 6)

**LAST SCHOOL ATTENDED**

School Name: *TS Grantham Middle*

City: *Houston*   School District: *Aldine*

Highest Grade:  Enrolled in: *06*   Completed: *05*   Grades: ☐-Passing ☑-Failing

School Attendance: ☑-None  ☑-Irregular  ☐-Regular
*1189*

Type of Class:   ☐-Regular  ☑-Special Education  ☐-Vocational

School Behavior within Last 12 Months:   Number of Documented Disruptive Incidents: *nA*
Number of Suspensions: *nA*
Number of Expulsions: *nA*

*Child hAs bullet lodged in chest near his heart*
**SPECIAL NEEDS**
*Spine*

Date Last Suicide Attempt: __*/ NA*___   Date Last Suicide Gesture: ___*iNA*___
Number of Suicide Attempts: __*NA*___

|  | None | Mild | Moderate | Severe |
|---|---|---|---|---|
| Alcohol Abuse: | ☐ | ☐ | ☐ | ☐ |
| Inhalant Abuse: | ☐ | ☐ | ☐ | ☐ |
| Abuse of Other Drugs (List): | ☐ | | | |
| *COCAine* | | ☐ | ☐ | ☑ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |

Number of Unauthorized Absences from Secure Placements
(Correctional or Psychiatric Institutions): *INA*

Number of Unauthorized Absences from Non-secure Placements
(Community-based Programs or Foster Families): *NA*

**RESPONSIBLE ADULT**

Managing Conservator:   ☐-Mother  ☑-Father  ☐-DHS  ☐-Other

Responsible Female:
Name: *EllAbelle (Burnett) MASTERSON*   Relationship to Youth: *mother X*

Street Address: *1331 Herkimer*

City: *Houston*  County: *HARRis*  State: *Texas*  Country: _____  Zip: *77008*

Phone: *713 864 2938*   Date of Birth: *09/29/36*   Social Security Nbr: *410154 2324*

Race/Ethnic: *W*  Date of Death: __*INA*___  Employed: ☐-Yes ☑-No  Current Marital Status: *D*

Abused as Child: ☑-Yes ☐-No ☐-Unknown   Reared in Chaotic Environment: ☑-Yes ☐-No ☐-Unknown

Poor Relationship with Own Parent: ☐-Yes ☐-No ☑-Unknown

Poor or No Peer Relationships: ☐-Yes ☐-No ☑-Unknown

WPC- 3/88
CCF-001
(4 of 6)

**Responsible Male:**
Name: JAMES IVAN MASTERSON    Relationship to Youth: Father    10
Street Address: 11718 N Ninth Street
City: Tampa    County:    State: Florida    Country:    Zip: 33612
Phone: 813 977 6891    Date of Birth: 06/30/36    Social Security Nbr: 410 52 18789
Race/Ethnic: W    Date of Death: /NA    Employed: ☐-Yes ☑-No    Current Marital Status: D
Abused as Child: ☐-Yes    ☐-No ☑-Unknown    Reared in Chaotic Environment: ☑-Yes ☐-No ☐-Unknown    3
Poor Relationship with Own Parent: ☐-Yes ☐-No ☑-Unknown
Poor or No Peer Relationships: ☐-Yes ☐-No ☑-Unknown

## FAMILY

Marital Status of Birth or Adopted Parents:
☐-Never Married (1)    ☐-Married (2)    ☑-Divorced (3)    ☐-Separated (4)
☐-Father Deceased (5)    ☐-Mother Deceased (6)    ☐-Both Deceased (7)
If adopted, what does child know about birth parents: _____

Parental Rights Terminated:    Mother: ☐-Yes ☐-No    Father: ☐-Yes ☐-No

Is family or significant person willing to participate in treatment during youth's placement?    ☑-Yes ☐-No
  If yes, who: _____

Are there prohibitive factors to this person's involvement?    ☐-Yes ☑-No
  If yes, explain: _____

Does the Family Have:    Health Insurance?    ☐-Yes ☑-No
                         A.F.D.C Benefits?    ☐-Yes ☑-No

Eligible for Medicaid?    ☑-Yes ☐-No    Currently Receiving Medicaid?    ☐-Yes ☑-No
Doctor: _____    Address: _____

Siblings:

| Name | Date Of Birth | Relationship |
|---|---|---|
| Sherry Masterson Wagar | 01/09/58 | sis |
| Terry " Tantera | 03/17/59 | sis |
| James Ivan " JR Masterson | 03/15/60 | bro |
| Ramona " Weiss | 03/24/62 | sis |
| Christopher " (Masterson) | 10/10/67 | bro |
| Joseph Ralph " (Masterson) | 01/15/68 | bro |
| Frances " (Jenkins) | 01/18/71 | sis |
| Richard Allen | 03/05/72 | B. Surly |

WPC - 3/88
CCF-001

(5 of 6)

Characteristics of All Family Members with Whom Youth Has Lived:

| | | No | Somewhat or Sometimes | Very Much or Often | Unknown |
|---|---|---|---|---|---|
| a. | Chronic Poverty | ☐-0 | ☐-1 | ☑-2 | ☐-? |
| b. | Chaotic Home Environment | ☐-0 | ☐-1 | ☑-2 | ☐-? |
| c. | Violent Toward Family Members | ☐-0 | ☐-1 | ☑-2 | ☐-? |
| d. | Suicide | ☐-0 | ☐-1 | ☐-2 | ☐-? |
| e. | Alcohol or Drug Problems | ☐-0 | ☐-1 | ☑-2 | ☐-? |
| f. | Criminal Behavior | ☐-0 | ☐-1 | ☑-2 | ☐-? |
| g. | Involving a Child in Criminal Behavior | ☐-0 | ☐-1 | ☑-2 | ☐-? |
| h. | Mental Retardation or Limited Intellectual Ability | ☐-0 | ☑-1 | ☐-2 | ☐-? |
| i. | Mental Illness or Disability | ☐-0 | ☐-1 | ☐-2 | ☑-? |
| j. | Physical Illness or Disability | ☐-0 | ☑-1 | ☐-2 | ☐-? |

Abuse or Neglect of Youth by Parent or Parent Surrogate:

| | | No | Somewhat or Sometimes | Very Much or Often | Unknown |
|---|---|---|---|---|---|
| a. | Physical Abuse | ☐-0 | ☑-1 | ☐-2 | ☐-? |
| b. | Sexual Abuse | ☐-0 | ☐-1 | ☐-2 | ☑-? |
| c. | Emotional Abuse | ☐-0 | ☑-1 | ☐-2 | ☐-? |
| d. | Abandonment, Extreme Rejection, or Extreme Neglect | ☐-0 | ☐-1 | ☐-2 | ☑-? |

Family Dynamics:

| | | Very | Minimum | None |
|---|---|---|---|---|
| a. | Rigid, Inflexible | ☐ | ☐ | ☑ |
| b. | Smothering; Individualization of Members is Discouraged | ☐ | ☐ | ☑ |
| c. | Enmeshed; Few Outside Involvements | ☐ | ☑ | ☐ |
| d. | Discipline Skills Lacking | ☐ | ☐ | ☐ |
| e. | Difficult or Unacceptable to Express Emotions | ☐ | ☐ | ☐ |
| f. | Frequent Family Moves or School Moves | ☑ | ☐ | ☐ |
| g. | Child Moved from One Parent/Family Member to Another | ☑ | ☐ | ☐ |
| h. | Level of Concern with Psychosomatic Complaints | ☐ | ☑ | ☐ |
| i. | Social Isolation | ☐ | ☑ | ☐ |

Probation Officer: _M. L. Gutierrez (713) 521-4129_    _4-28-88_

Name                                    Phone Number              Date

T.Y.C Caseworker's Signature: _____ _5/5/88_

Date

TYC

6117900040 00

NO. 61,433

| THE STATE OF TEXAS | IN THE 314TH DISTRICT COURT |
|---|---|
| COUNTY OF HARRIS | HARRIS COUNTY, T E X A S |

IN THE MATTER OF   RICHARD ALLEN MASTERSON.

BE IT REMEMBERED that on the 28TH DAY OF APRIL, 1988  came on to be heard for

disposition the above numbered and entitled cause.  The above named child was adjudged to

have engaged in delinquent conduct in a hearing held by this court on the

28TH DAY OF APRIL, 1988, and after due notice had been served on all parties as required

by law, came and appeared the petitioner by its district attorney and announced ready for

such hearing.  And thereupon also came the child who appeared in person with ATTORNEY,

ROGERS BOUDREAUX AND SAID CHILD'S MOTHER, ELLABELLE MASTERSON, all being present;

and all parties announced ready for such hearings; and thereupon the Court also after

hearing the pleadings of all the parties and considering the evidence and argument of

counsel, finds that the child is in need of rehabilitation and that the protection of the

public and the child requires that disposition be made.  The Court also finds that said

child at the time of this hearing was 16 years of age, having been BORN ON THE 5TH DAY OF

MARCH, 1972, a certified copy of the birth certificate of said child being attached

hereto and being made a part hereof.

It further appears to the Court that the best interest of the child and the best
interest of society will be served by COMMITTING SAID CHILD to the care, custody and control
of the TEXAS YOUTH COMMISSION for the following reason: the child needs a highly structured
environment with constant supervision and control.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the said

RICHARD ALLEN MASTERSON is hereby  COMMITTED to the care, custody and control of the TEXAS

YOUTH COMMISSION in accordance with Article 61.084 V.A.T.H.R.C. for an indeterminate period

of time not to exceed the time when said child shall be 21 years of age or until duly

discharged in compliance with the provisions of Article 61.084 V.A.T.H.R.C.  The child is

ordered placed in the custody of the Chief Juvenile Probation Officer pending transportation

to the proper Texas Youth Commission facility.

The Court finds it is in the child's best interest to be placed outside the child's
home, and further finds that reasonable efforts were made to prevent or eliminate the need
for the child's removal from the home and to make it possible to return home.

Prior orders, if any of child support and/or restitution are hereby terminated.

The Clerk of this Court will furnish the child a copy of this order, taking receipt
therefore.

Child support and court cost fees waived as MOTHER financially unable to pay.

SIGNED on the 29 day of APRIL, 1988

_Robert B. Baum_

JUDGE, 314TH DISTRICT COURT
HARRIS COUNTY, T E X A S

0117900040010

JUDGEMENT

NO. 61,433

THE STATE OF TEXAS                      IN THE 314TH DISTRICT COURT

COUNTY OF HARRIS                    HARRIS COUNTY, T E X A S

     IN THE MATTER OF     RICHARD ALLEN MASTERSON.

     ON THIS THE 28TH DAY OF APRIL, 1988, in this Court, there was called a

hearing for consideration of the matters in the above styled and numbered cause,

wherein by proper petition the said RICHARD ALLEN MASTERSON is alleged to

have engaged in delinquent conduct. And after due notice had been served on all

parties for the time required by law, came and appeared the petitioner by its

ASSISTANT DISTRICT ATTORNEY, JEFF O'DEA, and announced ready for such hearing. And

thereupon also came the child RICHARD ALLEN MASTERSON who appeared in person with

ATTORNEY, ROGERS BOUDREAUX, AND SAID CHILD'S MOTHER, ELLABELLE MASTERSON,

all being present, at such hearing; and all parties waived the right to a trial by

jury; and announced ready for such hearing; and there upon the Court after considering

the pleadings of all the parties and evidence and argument of counsel, finds beyond a

reasonable doubt that the following allegations in the petition filed herein are true

and supported by the evidence. That the child engaged in delinquent conduct to wit:

CRIMINAL MISCHIEF $200.00/$750.00 (2 COUNTS) AND UNAUTHORIZED USE OF A MOTOR VEHICLE.

     The Court also finds that the child was BORN ON THE 5TH DAY OF MARCH, 1972.

     IT IS THEREFORE CONSIDERED AND ADJUDGED BY THE COURT that

RICHARD ALLEN MASTERSON has engaged in delinquent conduct within the meaning of

Section 51.03 Texas Family Code. Disposition hearing for this case is set for 9:00

A.M. o'clock on the 28TH DAY OF APRIL, 1988.

     SIGNED on this the 29 day of APRIL, 1988

                                _Robert B. Brown_

                                JUDGE 314TH DISTRICT COURT
                                HARRIS COUNTY, T E X A S

## SOCIAL HISTORY

JPO: G Gutierez                                          DATE 4-18-88

CHILD Richard Allen MATERSON J.N. # 106300   ALIAS _____
Aka Richard Allan masterson
HEIGHT 5'11 WEIGHT 135 EYES Bro HAIR Bro SCARS/MARKS blind in left eye

ADDRESS _____ ZIP _____ DOB _____

HEALTH HISTORY 2/88 Shot in chest - bullet lodged under heart

DRUG/ALCOHOL USAGE Intravenous lig cocaine, alcohol

PRESENT SCHOOL _____ DISTRICT _____

GRADE 06  PROGRAM Sp Ed   PREVIOUS SCHOOL Grantham MS. Aldene ISD

ATTENDANCE: good fair (poor) COMMENTS: _____

DISCIPLINE: good fair (poor) COMMENTS: _____

CONDUCT: good fair (poor) COMMENTS: _____

SUSPENSION: (yes) no  REASONS: discipline / truancy

EXPULSION: yes (no) REASONS: _____

GRADES REPEATED 6th _____ AVERAGE GRADES _____

CURRENT EMPLOYER: _____ HOURS _____

ADDRESS: _____ INCOME _____

PREVIOUS EMPLOYMENT _____
Zoflit
SOC. SEC # _____ ALIEN #: _____ DR. LIC.#: _____

PREVIOUS PLACEMENTS OR OTHER AGENCY CONTACTS  (name, date, reason)
Sibling Ramona Weiss 864-2938
Family Friend Wayne Moss 445-3045

ADDITIONAL CONTACTS (name, phone #, relationship)

SIBLINGS KNOWN TO THIS DEPT. (name, juvenile #, Court #, last Court date)
Joseph Masterson # 66275   TYC 8-8-85  314 DC
Christopher   "        # 68527

FAMILY RAPPORT/ATTITUDE & NOTES: _____

FATHER: _James Ivan Masterson_    DOB/PLACE: _6-30-36 Town_

ADDRESS: _1171B N. Ninth St, Tampa, Florida_   ZIP: _(3)_   PHONE: _6891_

EMPLOYER: _N/A Deceased jh._     PHONE: _N/A_

LENGTH:   HOURS:   ANNUAL NET INCOME: _N/A_   OCCUPATION: _n/a_

SOC. SEC. #: _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_   ALIEN #:    DR. LIC. #:

MOTHER: _Ellabelle (nmn)(Burnett) Masterson_   DOB/PLACE: _9/29/36 Town_

ADDRESS: _1331 Herkimer   Houston_   ZIP: _008_   PHONE: _864-2938_

EMPLOYER: _N/A_     PHONE:

LENGTH:   HOURS:   ANNUAL NET INCOME:   OCCUPATION:

SOC. SEC. #: _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_   ALIEN #:    DR. LIC. #: _0225 9808_

### GUARDIANS/CUSTODIANS/S-PARENTS/F-PARENTS/H.C.C.P.S., D., T.Y.C. AND M.H.M.R.A.

NAME:      NAME:

ADDRESS:      ADDRESS:

ZIP:   PHONE:      ZIP:   PHONE:

DOB/PLACE:      DOB/PLACE:

EMPLOYER:   PHONE:      EMPLOYER:   PHONE:

ANNUAL NET INCOME:      ANNUAL NET INCOME:

OCCUPATION:      OCCUPATION:

SOC. SEC. #:      SOC. SEC. #:

### PARENTS MARITAL HISTORY:

| Father To: | Date/Place | # Children | Status | Date/Place |
|---|---|---|---|---|
| _E. Burnette_ after numerous separations they | _11/3/57 Trenton GA_ | _8_ | S (D) I | |
| | | | S (D) I | _1985_ |
| | | | S D I | |
| | | | S D I | |

| Mother To: | Date/Place | # Children | Status | Date/Place |
|---|---|---|---|---|
| _James Masterson_ after numerous separations they | _11/3/57 Trenton GA_ | _8_ | S D I | |
| | | | S (D) I | _1985_ |
| | | | S D I | |
| | | | S D I | |

# Other Children:   Child Support: yes/no   Court:   Child Support Paid By:

SIBLINGS (in birth order):

| NAME | ADDRESS | SCHOOL AND GRADE | DOB/PLACE |
|---|---|---|---|
| 1. _Sherry Masterson Wagner_ | _Trenton ind._ | | _1/9/58_ |
| 2. _Terry "  Jenkins_ | _"  "_ | | _3/17/59_ |
| 3. _James I Masterson Jr_ | _TDC_ | | _3/15/60_ |
| 4. _Ramona Masterson Weiss_ | _1331 Herkimer route ind._ | | _3/24/62_ |
| 5. _Chris Masterson_ | _TDC_ | | _10/1/67_ |
| 6. _Joseph "_ | _Co. jail - possible TDC_ | | _1/15/68_ |

Revised: 10-24-86



**TEXAS YOUTH COMMISSION CHILD CARE SYSTEM**
**NOTIFICATION TO JUVENILE COURT AND PROSECUTING ATTORNEY**

DATE (1) ___06/09/88___

TO:    (2)
    Hon. Robert B. Baum
    1115 Congress
    Houston, Tx 77002
    Statewide Reception Center

FROM:    (3)

SUBJECT:    CHANGE OF PLACEMENT NOTIFICATION

This is to advise a change of placement for (4) ___Richard Masterson___

| 0702778 | 03/05/72 | 11718 N. Ninth Street, Tampa, FL 33612 |
|---|---|---|
| (5) (TYC Number) | (6) (D.O.B.) | (7) (Home Address) |

who was committed to TYC by your Court.

Effective (8) ___06/09/88___ the above mentioned child will be (9) ___transferred___

from (10) ___Statewide Reception Center___ to (11) ___Esperanza Home___
    (Sending Facility)    (Placement)

(12)    ETHNIC GROUP    W        (13)    SEX    M

  ( ) Black             ( ) Male
  ( ) White             ( ) Female
  ( ) Mexican-American
  ( ) Other

(14)    CURRENT TYC ACTIVITY        Esperanza Home
                             504 E. Washington
  ( ) Job/Vocational Training     Brownsville, Tx 78520
  ( ) School
  ( ) Job/Vocational Training *and* School
  ( ) Other

Comments: _____

_____

_____

| Baum | 04/29/88 |
|---|---|
| (15) Committing Judge | (16) Date of Commitment |

| Harris | 61,433 |
|---|---|
| (17) Court | (18) Court Docket No. |

Chief Probation Officer        Prosecuting Attorney
P.O. Box 13258               Area Supervisor
Houston, Tx 77219          Parole Officer

CCIS-081                     Master File          8/81



# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM

## INSTRUCTIONS

**PURPOSE:** To comply with House Bill 345 (Act) 67th Legislature Regular Session, 1981.

**WHEN TO USE:** Fifteen (15) days prior to pre-placement furlough or release date. Any other type of furlough notification should be sent as soon as possible.)

**WHO IS RESPONSIBLE FOR INITIATION:**

Institutions: Superintendent
Halfway Houses: Superintendent
Parole Areas: Area Parole Supervisor

**WHO RECEIVES:**

Juvenile Court
Prosecuting Attorney
Parole Officer
Student File

## KEY FOR COMPLETING
## NOTIFICATION TO JUVENILE COURT AND PROSECUTING ATTORNEY

( 1 )  Date

( 2 )  TO: Juvenile Court; Office of Prosecuting Attorney

( 3 )  FROM: Superintendent or Parole Supervisor

( 4 )  Name of Child

( 5 )  Child's TYC Number

( 6 )  Child's Date of Birth

( 7 )  Child's Home Address

( 8 )  Release or Furlough Date

( 9 )  Released or Furloughed

(10)  Sending Facility

(11)  Placement

(12)  Ethnic Group

(13)  Sex

(14)  Current TYC Activity

(15)  Committing Judge

(16)  Date of Commitment

(17)  Court

(18)  Court Docket Number



# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## NOTIFICATION TO JUVENILE COURT AND PROSECUTING ATTORNEY

DATE (1)    03 MAR 89

314th District Court
1115 Congress
Houston, Texas    76504

TO:    (2)    Honorable Robert B. Baum

FROM:    (3)    David Cocoros, Superintendent

SUBJECT:    CHANGE OF PLACEMENT NOTIFICATION

This is to advise a change of placement for (4)    Richard Masterson
                                                        (Name of Child)

(5) 0702778    ,(6)    3-5-72    (7)    2612 George Drive #A Temple, Texas 76504
    (TYC Number)         (D.O.B.)                              (Home Address)

who was committed to TYC by your Court.

Effective (8)    16 MAR 89    the above mentioned child will be (9)    on Parole

from (10)    Crockett State School    to (11)    the address above.
                (Sending Facility)                              (Placement)

(12) ETHNIC GROUP                    (13)    SEX

    ( ) Black                          (XX) Male
    (XX) White                         ( ) Female
    ( ) Mexican-American
    ( ) Other

(14) CURRENT TYC ACTIVITY

    ( ) Job/Vocational Training
    ( ) School
    ( ) Job/Vocational Training *and* School
    (XX) Other

Comments: _____

_____

_____

(15) Committing Judge _____Baum_____    (16) Date of Commitment ___4-29-88___

(17) Court ___314th District Court___    (18) Court Docket No. ___611433___

        Joe Bowman, Parole Officer

CCIS-081                                                                8/81

# TEXAS YOUTH COMMISSION
## CASE CARD

NAME Richard Kusterson

ADDRESS 4741 E NE Houston

FATHER

STEPMOTHER

STEPFATHER

MOTHER

MARITAL STATUS

LIVES WITH

OTHERS IN FAMILY

1.
2. 449-6361
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.

BIRTHDATE 3-5-72   DATE

PLACE   COMMITTING COUNTY

SEX   CASE NO.

RACE   WORKER

SCHOOL   GRADE

TEL. NO.

COMMITTING OFFENSE

1.
2.
3.
4.
5.
6.
7.
8.

STATUS OF CHILD   = ACTIVE

INSTITUTIONAL   = INACTIVE

PAROLE

REVOKED

DISCHARGE DATE:

PF. 001 (8-83)

Downloaded from ... Document 5-1 Filed 04/09/2010 Page 38 of 39



# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## Scheduled Individual Counseling Record/Log (Residential Facility)

Case Number: 070-90-0 8     Student's Name: ___Mylan___ ___Richard___ ___R-P___
Location: ___C.S.S.___     Cottage/Dorm/Camp: ___

COUNSELING TYPE:   1-Psychiatric   2-Psychological   3-Casework   4-Vocational   5-Religious   6-Other (specify)

| Date | Type (code) | Minutes Spent | Next Date Scheduled | Comments (for lengthy comments, use Continuation Sheet) | Staff Signature | Data Entered |
|------|-------------|---------------|---------------------|----------------------------------------------------------|-----------------|--------------|
| 1-27-96 | 3 | 50 | | Referrals ... week ... Y.C. | | |

ROUTING:   To Data Coordinator each   week/month   for data entry, then to Casework Subfile.
(Choose One)

CCS-0151(12/83)

Case 1:02-cv-00787-TXDD Document 154 Filed in TXSD on 03/01/02 Page 39 of 39

0027900409

# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## Scheduled Individual Counseling Record/Log (Residential Facility)

Case Number: 0262778

Student's Name: Marlerous Willard

Location: Crockett State School

Cottage/Dorm/Camp: Orientation

COUNSELING TYPE: 1-Psychiatric  2-Psychological  3-Casework  4-Vocational  5-Religious  6-Other (specify)

OCT 31 1989

| Date | Type (code) | Minutes Spent | Next Date Scheduled | Comments (for lengthy comments, use Continuation Sheet) | Staff Signature | Data Entered |
|------|-------------|---------------|---------------------|----------------------------------------------------------|-----------------|--------------|
| 10/26/89 | 3 | 30 | | Welcome to Crockett State School. Discussed reasons for youth's being here what was expected of him and answered questions. Discussed his thoughts of [signature] | H. Bixby | |

ROUTING: To Data Coordinator each ☐ week/month for data entry; then to Casework Subfile.
(Choose One)

CCS-035(12/83)