# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## Scheduled Individual Counseling Record Log (Residential Facility)

0 1 1 7 9 9 0 4 0 0

Case Number: 020228

Location: _____

Student's Name: McLean Richard R-A
Last / First / Initial

Cottage/Dorm/Camp: _____

COUNSELING TYPE: 1-Psychiatric 2-Psychological 3-Casework 4-Vocational 5-Religious 6-Other (specify)

| Date | Type (code) | Minutes Spent | Next Date Scheduled | Comments (for lengthy comments, use Continuation Sheet) | Staff Signature | Data Entered |
|------|------|------|------|------|------|------|
| 1-30-03 | 3 | 30 | C.S.S. | Rubin was upset at V.C. VICR and Kli pointed at Rubin for making him mad at C.S.S. | | |

CCS-035(12/83)

ROUTING: To Data Coordinator each _____ week/month for data entry; then to Casework Subfile.
(Choose One)

TEXAS YOUTH COMMISSION

PAROLE WORKLOAD MEASUREMENT AND
CHRONOLOGICAL LOG

Month of _____ 19____

Case number _____     Youth Name _____
                                                  Last       First       MI

Parole officer _____     Parole level _____
                Last         Initial

| Date 6/8 | Contact | Method | Place | Function | Travel Time | Contact Time |
|---|---|---|---|---|---|---|
| *All is well. See on 6/15 at 1st there.* | | | | | | |
| *Wants early discharge criteria.* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Date 7/5 | Contact 1 | Method 2 | Place | Function | Travel Time | Contact Time |
|---|---|---|---|---|---|---|
| *4496361* | | | | | | |
| *4741 East Mt. Houston* | | | | | | |
| *Houston, TX   — Melva Scruggs.* | | | | | | |
| | | | | | | |
| | | | | | | |

| CONTACT | METHOD | PLACE | FUNCTION |
|---|---|---|---|
| 1. Youth | 1. Face to Face | 1. Home | 1. Supervision |
| 2. Family | 2. Telephone | 2. Parole Office | 2. Home Evaluation |
| 3. School | 3. Other | 3. School | 3. Transportation |
| 4. Employer | | 4. Employment | 4. Hearings |
| 5. Juv. Justice System | | 5. Juv. Justice System | 5. Case File Review |
| 6. Other | | 6. Other | 6. Other |

TEXAS YOUTH COMMISSION

PAROLE WORKLOAD MEASUREMENT AND
CHRONOLOGICAL LOG

Month of _April_ 19_89_

Case number _0702778_                     Youth Name _Masterson , Richard_
                                                     Last      First     MI

Parole officer _Bowman_      _J_           Parole level _mod_
                Last         Initial

| Date | Contact | Method | Place | Function | Travel Time | Contact Time |
|------|---------|--------|-------|----------|-------------|--------------|
| 4/07 | 1 | 1 | 1 | 1 | 60 | 30 |

all is well. youth is ready to work and will
be searching more intensely. Will call-mom
4/14.

| Date | Contact | Method | Place | Function | Travel Time | Contact Time |
|------|---------|--------|-------|----------|-------------|--------------|
| 4/14 | 1 | 2 | 2 | 2 | 0 | 4 |

Youth called to report. Still working. Ssaying ā
mom and sister.

| CONTACT | METHOD | PLACE | FUNCTION |
|---------|--------|-------|----------|
| 1. Youth | 1. Face to Face | 1. Home | 1. Supervision |
| 2. Family | 2. Telephone | 2. Parole Office | 2. Home Evaluation |
| 3. School | 3. Other | 3. School | 3. Transportation |
| 4. Employer | | 4. Employment | 4. Hearings |
| 5. Juv. Justice | | 5. Juv. Justice | 5. Case File |
| System | | System | Review |
| 6. Other | | 6. Other | 6. Other |

Case 4:09-cv-00719 Document 53 Filed in TXSD on 06/03/11 Page 4 of 34

TEXAS YOUTH COUNCIL
CHRONOLOGICAL RECORD SHEET

| DATE | CONTACT | COMMENTS |
|---|---|---|
| 3/1/90 | note | assumed supervision of case. [illegible] last note that youth on escape status in Tennessee. Cheryl Alexander |

Case 1:10-cv-03703 Document 42 Filed 11/11/10 Page 5 of 34

# TEXAS YOUTH COMMISSION
## CHRONOLOGICAL RECORD SHEET

| DATE | CONTACT | COMMENTS |
|------|---------|----------|
| 8/11 | | Richard called — he said he no longer lives at home on E. Mt. Houston — that he moved. So advised him to give us his current address |
| 8/11 | | Student called. He is 9907 Airline # A 77037 He is living with sister Terry. He said his brother is in jail for burglary. He is planning to move to Temple. He will call TX Monday if he still be in Houston. So I direct to remain until student comes to office. |
| 8/14 | | Bowman Austin Parole calls. Richard is back in Temple. He requested file be transferred back. |
| 8/30 | | 2612 George Drive Temple, TX. 76504 817- |
| 11-09-89 | | On escape somewhere in Tenn via ICJ offers. Alyce. |

PF:003
7/83

-1-   Youth's Name _____

PAROLE WORKLOAD MEASUREMENT

CHRONOLOGICAL LOG

Month of _August_ 19 _89_

 case number _0702778_    youth name _____ last _____ first __ MI ___ Log # _____

parole officer _SCRUGGS_    last placement _____ program start date _____

| date | contact | method | place | function | travel time | contact time | |
|---|---|---|---|---|---|---|---|
| 8/1 | | | | | | | |

made ph. cue twice this A.M. — line busy
Quest + Tha. Report 188. Mc

| date | contact | method | place | function | travel time | contact time | |
|---|---|---|---|---|---|---|---|
| 8/4 | | | | | 6 | 1 hr | - |

went to 4741 E. Mt Houston. No one
was there at this location which
is an auto body parts business this A.M.

| date | contact | method | place | function | travel time | contact time | |
|---|---|---|---|---|---|---|---|
| 8/8 | | | | | 40 min | 20 min | |

went to location — A man came to door. the owner
said that Richard lived here for month. Richard
is in penetentiary now — Richard Sr. He referred PO

| date | contact | method | place | function | travel time | contact time | |
|---|---|---|---|---|---|---|---|
| 8/8 | | | | | | | |

to a rent house 4743 E. Mt. Houston which
he owns down the street. P.O went there
a couple wo the door claim nt to know student
Direc. To remain

| FACT | METHOD | PLACE | FUNCTION |
|---|---|---|---|
| youth | 1. face to face | 1. home | 1. supervision |
| family | 2. telephone | 2. school | 2. home evaluation |
| school | 3. other | 3. employment | 3. transportation |
| employer | | 4. Parole office | 4. hearings |
| Juv. Justice System | | 5. Juv. Justice sys. | 5. case file management |
| other | | 6. other | 6. other |

TEXAS YOUTH COMMISSION

PAROLE WORKLOAD MEASUREMENT AND
CHRONOLOGICAL LOG

Month of __July__ 19 89

Case number 0702778 _____          Youth Name MASTERSON          Richar d
                                                Last          First          MI

Parole officer Bowman          J.          Parole level mimimum
                    Last          Initial

| Date 7/6 | Contact | Method | Place | Function | Travel Time | Contact Time |
|---|---|---|---|---|---|---|

Youth has recently moved to Houston with family to secure better employment.
He is an eager person who will work to live within his understanding. He poses
no threat to any element of society. However, he has not lived in the "big"
town and will require some assistance. Please contact him to arrange the office
appts. I would leave him on mimimum supervision unless it is necessary to do
otherwise. Thank you for your timely assistance.

New address has been entered into CICS...

7/21 Fire Rec - incomplete - made ph. call to P.O. to discuss

| Date 7/22 | Contact | Method | Place | Function | Travel Time | Contact Time |
|---|---|---|---|---|---|---|

correp. sent req. h. visit

CONTACT
1. Youth
2. Family
3. School
4. Employer
5. Juv. Justice
   System
6. Other

METHOD
1. Face to Face
2. Telephone
3. Other

PLACE
1. Home
2. Parole Office
3. School
4. Employment
5. Juv. Justice
   System
6. Other

FUNCTION
1. Supervision
2. Home Evaluation
3. Transportation
4. Hearings
5. Case File
   Review
6. Other

00004

(repository cover-page text)

# APPLICATION FOR CONFIDENTIAL VERIFICATION OF BIRTH

### FILL IN EVERY ITEM IN THIS BOX
ITEM 10 MUST SHOW NAME AND ADDRESS OF AGENCY TO WHICH VERIFICATION IS TO BE SENT

DATE _____ 5-4-88 _____

AGENCY'S OWN FILE NUMBER OR
OTHER IDENTIFICATION:

0702778

STATE BUREAU OF VITAL STATISTICS
TEXAS DEPARTMENT OF HEALTH
AUSTIN        TEXAS

VERIFICATION OF THE FOLLOWING ITEMS IS REQUESTED BY THE AGENCY NAMED IN ITEM 10.

1. FULL NAME OF CHILD _____ Richard Allen Masterson _____   2. CERTIFICATE NO., IF KNOWN _____

3. DATE OF BIRTH _____ March _____ 5 _____ 1972 _____   4. SEX _____ Male _____   5. COLOR _____ White _____
MONTH          DAY          YEAR

6. PLACE OF BIRTH _____ Houston _____ Harris _____ Texas _____
CITY          COUNTY          STATE

7. FULL NAME OF FATHER _____ James Masterson _____

8. MAIDEN NAME OF MOTHER _____ Ella Burnett _____

9.              FOR USE OF VITAL STATISTICS OFFICE ONLY

CORRECTIONS OF ABOVE STATEMENTS MADE BY VITAL STATISTICS OFFICE ACCORDING TO RECORD ON FILE:

THIS IS TO VERIFY THAT THE ABOVE DATA AS CORRECTED ARE TRUE AND CORRECT ACCORDING TO THE RECORD ON FILE IN THE OFFICE OF THE STATE BUREAU OF VITAL STATISTICS, TEXAS DEPARTMENT OF HEALTH. THESE DATA ARE CONFIDENTIAL AND CANNOT BE USED IN ANY MANNER EXCEPT FOR THE OFFICIAL PURPOSES OF THE AGENCY BELOW:

CERTIFICATE NO._____   VERIFIED BY_____

FILE DATE_____   DATE _____

10.
Texas Youth Commission
4900 Shoal Creek Blvd.
P.C. Box 9999
Austin, Texas 78766

VS-145

EDUCATION SUBFILE



4 HC

**EDUCATIONAL ASSESSMENT**

TEXAS YOUTH COMMISSION
CHILD CARE FORM

Date: **5-4-88**
(MM-DD-YY)

Case Number: **0702778**   Youth's Name: **Masterson        Richard      a.**
                                                    Last              First              MI

Location: **SRC**   Birthday: **3-5-72**   Chronological Age: **16.01**
                              (MM-DD-YY)

Ethnic Group: ☒ White ☐ Hispanic ☐ Other   Last Grade Completed: **5**   Last Grade Attended: **6**
☐ Black ☐ Am. Ind.   Sex: ☒ Male ☐ Female

**Educational Tests and General Information:**

☒ Achievement Test Administered **Woodcock-Johnson**   ☐ Adaptive Behavior Test Administered:

Test Type: ☒ Pre ☐ Progress ☐ Post
Date Test Completed: **5-88**
Behavior During Test: ☐ Disruptive ☐ Marked at Random
☐ Minimal Effort ☒ Good Effort

Results:
☒ Vocational Assessment Score: **-3 ?**
☒ WRIOT (Profile attached)
☐ Language Proficiency Test:   Level
   English ____
   Spanish ____

| Results: | Percentile | Standard Score By Age | Grade Equivalent |
|---|---|---|---|
| Reading | 20 | 87 | 6.4 |
| Math | 19 | 87 | 7.0 |
| Written Language | 13 | 83 | 5.3 |
| General Knowledge | 16 | 85 | 6.4 |

☐ Vocational Training Completed
☐ Graduated from High School
☐ GED Administered: Date _____ ; Passed ☐ Yes ☐ No
☐ Promoted to Grade _____
☐ Other Test Given:

☒ IQ Test Administered:
Date **5-3-88**

Results: _____

Verbal IQ: **96**   Performance IQ: **87**   Full Scale IQ: **91**

☐ Qualifies for Chapter 1
☐ Served in Chapter 1

**Preliminary Screening Results:**
Possible Handicap: Circled items do not constitute a formal referral but instead indicate a need for further review.
PI   Physical Impairment   LD   Learning Disability   VI   Vision Impairment   MR   Mentally Retarded
HI   Hearing Impairment   ED   Ser. Emotion. Disturb.   SI   Speech Impairment   OR   Other

Previously Identified Handicap(s): _____

E.S.L. Needs: _____ Method of Determination: _____

Comments: He reportedly attended school during the 85-86 school year and then refused to attend school. He refused to attend school in detention and stated again while testing that he was not going to go to school ever again. He wants to study for a GED.

Prepared By: *Linda Slusher*   Title: Educational Diagnostician

**ARD Committee Review:**
Location: _____   Review Date: _____

ARD Committee Findings:
PI   Physical Impairment   LD   Learning Disability   VI   Vision Impairment   MR   Mentally Retarded
HI   Hearing Impairment   ED   Ser. Emotion. Disturb.   SI   Speech Impairment   OR   Other

Determination Method/Comments: _____

Committee Chairman: _____   Title: _____

WPC - 11/87
CCF-011



# EDUCATIONAL ASSESSMENT

TEXAS YOUTH CO[...]
CHILD CA[...]

Date: 02 [...]
(MM-D[...]

Case Number: 0702778   Youth's Name: Masterson   Richard
                                        Last            First

Location: _____   Birthday: 03-05-72   Chronological Age:
                                     (MM-DD-YY)

Ethnic Group: ☒ White  ☐ Hispanic  ☐ Other   Last Grade Completed: 6   Last Grade Attended:
              ☐ Black  ☐ Am.Ind.              Sex: ☒ Male  ☐ Female

## Educational Tests and General Information:

☐ Achievement Test Administered: 2/23/89          ☐ Adaptive Behavior Test Administered:
Test Type: ☐ Pre  ☐ Progress  ☒ Post            Results: _____
Date Test Completed: _____             ☐ Vocational Assessment Score:
Behavior During Test: ☐ Disruptive  ☐ Marked at Random   ☐ WRIOT (Profile attached)
                      ☐ Minimal Effort  ☐ Good Effort    ☐ Language Proficiency Test:      Level
                                                             English                        _____
                                                             Spanish                        _____

| Results: | Percentile | Standard Score - Age | Grade Equivalent |
|---|---|---|---|
| Reading | 95 | 94 | 9.5 |
| Math | 96 | 99 | 10.8 |
| Written Language | 90 | 91 | 8.2 |
| General Knowledge | 49 | 56 | 2.4 |

☐ Vocational Training Completed
☐ Graduated from High School
☐ GED Administered; Date _____ ; Passed [...]
☐ Promoted to Grade _____
☐ Other Test Given:

☐ IQ Test Administered:
Date: _____

Results: _____

Verbal IQ: _____   Performance IQ: _____   Full Scale IQ: _____   ☐ Qualifies for Chapter 1
                                                                  ☐ Served in Chapter 1

## Preliminary Screening Results:

Possible Handicap: Circled items do not constitute a formal referral but instead indicate a need for further

PI  Physical Impairment   LD  Learning Disability   VI  Vision Impairment   MR  Mentally Retarded
HI  Hearing Impairment    ED  Ser. Emotion. Disturb. SI  Speech Impairment   OR  Other

Previously Identified Handicap(s): _____

E.S.L. Needs: _____   Method of Determination: _____

Comments: Place in 9th Grade
_____
_____
_____

Prepared By: Janette Spencer   Title: Educational Diag[...]

## ARD Committee Review:

Location: _____   Review Date: _____

ARD Committee Findings:
PI  Physical Impairment   LD  Learning Disability   VI  Vision Impairment   MR  Mentally Re[...]
HI  Hearing Impairment    ED  Ser. Emotion. Disturb. SI  Speech Impairment   OR  Other

Determination Method/Comments: _____
_____
_____

Committee Chairman: _____   Title: _____

WPC-11/87
CCF-011

CC 2K

Case 3:99-cv-02173 Document 58 Filed 12/19/00 Page 12 of 34

# TEXAS YOUTH COMMISSION

## CROCKETT STATE SCHOOL

PO. Box 411, Crockett, Texas 75835
(409) 544-5111

David Cocoros, Superintendent

### EDUCATIONAL WITHDRAWAL NOTICE

Student Name: __MASTERSON, Richard A.__        Student#: __0702778__    DOB: __03/05/72__
                                                                         Mo/Dy/Yr

Male (X)    Grade: __9th__  Date Enrolled: __10/26/88__  Date Withdrawn: __03/05/89__
                                             Mo/Day/Yr                    Mo/Day/Yr

Reason for Withdrawal and/or Transfer: _____Program Completed_____

**************************************************************************

#### SEMESTER GRADES

| COURSE | 9th Grade FALL 1988-89 2nd-3rd 6 wks. | | | | 9th Grade SPRING 1988-89 | | | | SUMMER 19 - | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 |  | 4 | 5 | 6 |  | 7 | 8 |  |
| Math  FOM I |  | 90 | 82 | ½ |  |  |  |  |  |  |  |
| English Cont. Lang. Arts |  | 70 | 88 | ½ |  |  |  |  |  |  |  |
| History  American Hist. |  | 76 | 76 | ½ |  |  |  |  |  |  |  |
| Government U.S. Gov't |  | 80 | 95 | ½ |  |  |  |  |  |  |  |
| Reading Lab |  |  |  |  |  |  |  |  |  |  |  |
| Health/PE |  |  |  |  |  |  |  |  |  |  |  |
| Computer Literacy |  |  |  |  |  |  |  |  |  |  |  |
| Chapter I |  |  |  |  |  |  |  |  |  |  |  |  |
| Vocational-2 hrs |  |  |  |  |  |  |  |  |  |  |  |
| Woodshop/Horticulture |  |  |  |  |  |  |  |  |  |  |  |
| Apprenticeship-2 hrs |  |  |  |  |  |  |  |  |  |  |  |
| Food-Service |  |  |  |  |  | 95 |  |  |  |  |  |  |
| Electives |  |  |  |  |  |  |  |  |  |  |  |
| TYC Social Skills |  | 98 | 85 | ½ |  |  |  |  |  |  |  |
| Physical Science |  | 90 | 88 | ½ |  |  |  |  |  |  |  |
| Office Education |  |  |  |  | 92 |  |  |  |  |  |  |  |
| English (CLA) |  |  |  |  | 91 |  |  |  |  |  |  |  |
| FOM I |  |  |  |  | 85 |  |  |  |  |  |  |  |
| Career Investigation |  |  |  |  | 95 |  |  |  |  |  |  |  |

Recommended Program: _____ Mainstream _____ Remedial _____ Special Education

An Official Transcript will be furnished upon request.
Richard needs to be enrolled in a program where he could work and earn credits.  He was a
very successful student in our Apprenticeship Program.

__02/28/89__
Date

__XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXt__ Principal
Dr. Judy Huffty, Principal

Woodcock Johnson - 02/23/89
Total Reading- 9.5   Total Math- 10.8

# STATE OF TEXAS ACADEMIC ACHIEVEMENT RECORD

## TEXAS YOUTH COMMISSION — CROCKETT STATE SCHOOL

**Last Name** MASTERSON  **First** Richard  **MI**  **Ethnicity** W  **Sex** M

**Social Security Number** 07022778

**Date of Birth** 03/05/72  **Place of Birth** _____

**Name (_/_ Guardian)** Ms. Ella Masterson

**Address** 2612 George Drive #01, Temple, Texas

**Phone** 817/939-1955

Name of High School: TEXAS YOUTH COMMISSION

Phone No.: (409) 544-5111  Proposed Date of Graduation _____

District Name: CROCKETT STATE SCHOOL ISD

Address: P.O. BOX 411, CROCKETT, TEXAS 79835

TEA County/District Campus Number: 113 - 904

Rank: 1  No. in class _____  Date of Ranking _____

Grade Point Average _____

Last District High School Attended _____

| Generic Course Area | Grade 9    19 88-89 | | | | |
|---|---|---|---|---|---|
| Course Name | Abbreviated Course Name | 1st Sem. Grade | 2nd Sem. Grade | Credit | |
| Language Arts | CLA | 79 | | ½ | |
| Mathematics | FOM | 86 | | ½ | |
| Science | Physical Sci. | 89 | | ½ | |
| Social Studies | American Hist. | 76 | 86 | ½ | |
| Economics/Free Enterprise | U.S. Gov't | 86 | | ½ | |
| Health | | | | | |
| Physical Ed/Equivalent | | | | | |
| Other Languages | | | | | |
| Fine Arts | | | | | |
| Vocational Education | | | | | |
| Vocational Education | | | | | |
| (Other Education) | | | | | |
| Local Credit | | | | | |
| CIT/SSK | | | | | |

Total Credits for Year: 92

Absences — Regular School Year:
Entered 10/28/88  Withdrew 03/05/89

| Generic Course Area | Grade 10   19 | | | | |
|---|---|---|---|---|---|

Total Credits for Year: _____

| Generic Course Area | Grade 11   19 | | | | |
|---|---|---|---|---|---|

Total Credits for Year: _____

| Generic Course Area | Grade 12   19 | | | | |
|---|---|---|---|---|---|

Total Credits for Year: _____

| Extra   19 | | | | | |
|---|---|---|---|---|---|

Total Credits for Year: _____

Signature and Title of School Official

00078

Case: 11-cv-01279-bbc   Document 34   Filed 03/06/12   Page 14 of 34

0 1 1 7 9 0 0 4 0 3 3

FOR LOCAL USE

STANDARDIZED TEST/TEAMS RESULTS

Academic Achievement Record Sent:

Requesting Agency

Date Sent

Academic Achievement Record Sent:

Requesting Agency

Date Sent

Honors/Activities

Special Comments

09071

MEDICAL SUBFILE

Case 5:15-cv-02733  Document 53  Filed in TXSD on 06/07/19  Page 16 of 34

# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## Physical Identification Form



Date: 10-26-88
MM-DD-YY

Case Number: 0702778    Student's Name: MASTERSON, RICHARD A
     Last      First     Initial

Location: O.S.S

Upon commitment, revocation, transfer in or return from absence over three months, examine student's body during admission shower and note any bruises, sores, scars, tattoos or identifying marks by description and by marking location on body image.

GUNSHOT WOUND SCAR

SCARS

SCAR

NO TATTOOS
NO BIRTHMARKS

GUNSHOT WOUND SCAR

Circle one or
fill in blank—

Sex: (M) F

Ethnic Group: (White) Black Spanish Am. Ind. Other

Height: 70"

Weight: 149 lbs

Birthdate: 3-5-72
MM-DD-YY

Age: 16

Eye Color: Blk Blu (Brn) Gry Grn
             Pnk   Hzl

Hair Color: Blk Bln (Brn) Red Sdy

Complexion: Drk Med (Lgt)

Description: 16 yr old white male appears healthy & well nourished

ROUTING: To Data Coordinator to Casework Subfile.

CCS-006-09/82

00973



Masterson, Richard
#0702778



## TEXAS YOUTH COMMISSION MEDICAL RECORD
**Immunization Record**

Admission Date: **05 04 88**
MM DD YY

Case Number: **0702778**   Student's Name: **Masterson , Richard A**
                                            Last          First    Initial

Location: **SRa # 4**   Date of Birth: **03-05-72**
                                        MM DD YY

### ADMITTING RECORD FROM COMMUNITY

| Vaccines | Date | #3 Date | (4) Date | Date | Date | Booster Date | Booster Date |
|----------|------|---------|----------|------|------|--------------|--------------|
| DPT/Td   |      | 2-1-78  | 2/15/79  |      |      |              |              |
| Polio    |      | #3 2-1-78 | 2/15/79 |      |      |              |              |
| Measles  | 8-1-77 |       |          |      |      |              |              |
| Rubella  | 8-1-77 |       |          |      |      |              |              |
| Mumps    | 8-1-77 |       |          |      |      |              |              |
| TB Test  |      | Results: |         |      |      |              |              |

*M Bailey Lun*
Nurse's Signature

### TEXAS YOUTH COMMISSION ADMINISTERED VACCINES

| Vaccines | Date | Date | Date | Date | Date | Booster Date | Booster Date |
|----------|------|------|------|------|------|--------------|--------------|
| DPT/Td   |      |      |      |      |      | Senluo Lot #122A1  2-20-89 |  |
| Polio    |      |      |      |      |      |              |              |
| Measles  |      |      |      |      |      |              |              |
| Rubella  |      |      |      |      |      |              |              |
| Mumps    |      |      |      |      |      |              |              |
| TB Test  | 5/4/88 |    | Results: Omm |  |    |              |              |

Immunization Completed: **2-20-89**
                         MM DD YY

*M. Smith Lun*
Nurse's Signature

*Dr. A. J. Spence / MD*
Physician's Signature

MR 410
9/85

Case 4:00-cv-00732 Document 152 Filed in TXSD on 06/07/19 Page 169 of 334



# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM

## PSYCHOLOGICAL ASSESSMENT

Date: 5-10-88
MM-DD-YY

Case Number: 070-2778   Student's Name: Masterson , Richard
                                              Last      First      Initial

Location: Brownwood SRC

Sex: ☑ Male    Ethnic ☑ White              Birth
     ☐ Female  Group: ☐ Black              Date: ___ Age: 16 Grade: ___
                      ☐ Mexican-American
                      ☐ Other

Psychological Test Date: 5-9-88   Test Name _____   Examiner H Cantu
                         MM-DD-YY

Assessment Sources:
☐ TYC Case Records        ☐ 16 Personality Factors    ☐ Peabody
☑ Clinical Interview      ☐ Draw-A-Person             ☐ IPAT Culture Fair
☑ WISC-R                  ☐ Benton Visual Retention   ☐ MAT
☐ WAIS                    ☐ Otis Self-Administering    ☐ Other (specify) HTP

Bender Gestalt

Scaled Scores
☑ WISC-R   ☐ WAIS
Verbal:                              Performance:
Information      8                   Digit Symbol         7
Comprehension   14                   Picture Completion   10
Arithmetic      11                   Block Design         9
Similarities    6                    Picture Arrangement  7
Digit Span                           Object Assembly      8
Vocabulary      8

Verbal I.Q. 96   Performance I.Q. 87   Full Scale I.Q. 91   Percentile Rank Average Range
                                  Other Test Scores:

| Test Name: | Date: | Verbal I.Q.: | Performance I.Q.: | Full Scale I.Q.: |
|---|---|---|---|---|
| ☐ | | | | |
| ☐ | | | | |
| ☐ | | | | |

☐ IPAT Culture Fair         Form:_____   Scale:_____   I.Q.:_____

☐ Peabody Picture Vocabulary Test   Form:_____   I.Q.:_____   M.A.:_____

☐ MAT Score  Total Reading:_____   Total Math:_____

Psychologist's Recommendations: Diagnostic Impression

AXIS I: Conduct Disorder Solitary Aggressive Type Moderate  312.00

         Cocaine Abuse        305.60

☐ A Psychological Evaluation completed at another facility has been requested and will be forwarded when obtained by the
   Statewide Reception Center.

Psychologist's Signature: Hector Cantu  psychologist

CCS-010-11/78



# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM

CONFIDENTIAL CONTINUATION SHEET
For Professional Use Only.

Date: 5-10-88
MM-DD-YY

Case Number: 0702778 Student's Name: Masterson , Richard ,
Last First Initial

Location: Statewide Reception Center

Form Number/Name/Item: CCS-010 Psychological Assessment Page 2

Richard is a 16 year old Caucasian male committed to TYC for the first time for unauthorized use of a motor vehicle. He stated the incident occurred in September of 1986 but that the charges were just recently filed. He stated that in 1986, he just "gave up" and began getting into trouble. Richard comes from a family of three brothers and four sisters of which he is the youngest. Richard states he did not have a pleasant childhood. He stated that he and his brother were physically and verbally abused by his father. He states that his sisters were also abused and this included sexual abuse. He states that he also witnessed his father beat his mother. He states his father was and is an alcoholic and a drug-addict. Richard states he didn't receive much love and affection from either parent. He states that when his brothers got older, they encouraged their mother to leave the father, which she did after 27 years of marriage.

Richard also describes a stormy period during his school years. He states he has always been in fights in school starting in the first grade when he would "get into a fight every day". He reportedly did better in the second grade, but his fighting resumed in the third grade and continued until the sixth grade. He states he repeated the fourth grade and failed the sixth grade three times. He was finally expelled from the sixth grade. He stated he was failing at the time. After being expelled from school in 1986, he moved to Florida with his father and was suspended from school there after only two weeks.

Richard has worked at a horse farm in Florida and as an assistant at a junk yard. He reportedly has lived away from the family for the past two years. He states he enjoys working with animals and one day would like to do that kind of work again.

Richard states he began using drugs in 1987 although he was around it due to his father's use, as well as his brothers. He states his drug of choice is cocaine. He has also used crack, crystal, and acid. He has not used heroin and does not like alcohol. He reportedly shot another person and was himself shot in the chest after a drug deal went sour.

Richard's delinquent behavior began in 1986 when he stole the car. He began using drugs in 1987. He states his other two charges

CCS-000-09/82



# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM

CONFIDENTIAL CONTINUATION SHEET
For Professional Use Only

Date: 5-10-88
MM-DD-YY

Case Number: 0702778   Student's Name: Masterson , Richard ,
Last First Initial

Location: Statewide Reception Center

Form Number/Name/Item: CCS-010 Psychological Assessment Page 3

included arrests for smashing a police car's windshield, and being charged for another similar incident which he did not commit.

Mental status exam revealed Richard was oriented to person, place, and time. He denied hallucinations except when on acid, he denied delusions as well as paranoia, he denied being cruel to animals, he admitted to making fires when younger but not currently, short and long-term memory appeared intact, and his concentration was adequate.

Test Results: Tests administered - WISC-R, Bender Visual Motor Gestalt, House Tree Person (HTP).

Richard was cooperative and talkative during the session. He appeared relaxed and motivated. On the WISC-R, he scored a 96 on the verbal IQ score, he scored an 87 on the performance IQ score, and a Full Scale IQ score of 91 which places him in the average range. In the verbal subtest, his most elevated score was in comprehension, which reflects practical judgment or common sense. This would fit his background of having to rely on himself with little or no parental support. His most depressed score was in similarities. This reflects poor concept formation and feelings of belonging. He may have feelings of being beat, homeless, and downtrodden. Scores in the performance subtests were generally below norms with no significant elevations or depressions.

The HTP drawings reflected themes of reluctance or inability to communicate personal feelings, poor perception of his environment, feelings of social inadequacy. There was also indications of hostile, oppositional tendencies.

The Bender Gestalt was administered as an organicity perceptual inventory. There was no indication of organicity. There was a sense of some order while replicating the designs. Emotional indicators also revealed a theme of aggressive acting-out potential with efforts to maintain psychological control.

CCS-000-09/82



# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## CONTINUATION SHEET

Date: 5-10-88
MM-DD-YY

Case Number: 0702778   Student's Name: Masterson , Richard ,
                                        Last           First      Initial

Location: Statewide Reception Center

Form Number/Name/Item: CCS-010 Psychological Assessment   Page 4

Recommendations:
Richard has apparently never experienced a loving, nurturing environment. He has had to rely on his own wits to survive, often manifested in aggressive acting-out behavior. He probably has not learned appropriate social recreational activities. Also, there are some indications that he has a desire and has made efforts to "fit in". Therefore, a long-term structured setting is recommended. He needs exposure and guidance in an alternate life style than he has experienced. Individual psychotherapy would be beneficial to help him explore his feelings and accept the reality of his family situation.

Diagnostic Impression:
Axis I:    Conduct disorder, solitary aggressive type, moderate, 312.00.
           Cocaine abuse, 305.60.
Axis II:   None.

/gd

Case 4:09-cv-00737-JL Document 63 Filed in TXSD on 02/19/10 Page 23 of 34



# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
### CONTINUATION SHEET

to p... ...ntal health if
disc... ...n patient or misused
by reader

**Date:** 5-13-88
MM-DD-YY

**Case Number:** 0702778 **Student's Name:** Masterson , Richard ,
Last First Initial

**Location:** Statewide Reception Center

**Form Number/Name/Item:** Psychiatric Evaluation Page 1

Richard was referred to me for VDC (Veron Drug Center) commitment
evaluation.

Richard is a 16 year old young man from Houston and Florida who has
a Verbal IQ of 96, a Performance of 87 and a Full Scale of 91 which
suggest organic brain syndrome.

He is charged with unauthorized use of a motor vehicle. He is from
a family of three brothers, four sisters and he is the youngest.
Richard says that his family was physically abused by his father
and all of them have been "kicked out." His father sexually abused
his mother and his sisters. He "kicked them out" one at a time.
Apparently, this was in order to avoid the incestuous relationship.
His father is an alcoholic and, according to Richard, they
apparently were wealthy owning a great deal of property and lost
all of this.

Richard likes being in Florida on the Fort Lauderdale Beach better
than being in Texas. He has a history of fighting since he was in
the first grade and had problems in school in the second grade. He
repeated the fourth grade, and he failed the sixth grsde three
times.

He attempted to read for me and he apparently has a reading
disorder. He has many of the symptoms of attention deficit,
hyperactivity disorder and probably has this without having been
treated.

He began using drugs only a few months ago and this was in
rebellion against his father. He has used cocaine, crack, crystal
and acid. He did not like alcohol. He was shot in the chest in
Galveston and the bullet is still in his back.

He likes being a boy and he has very negative feelings about his
father. He says his mother is a nice person. He loves his mother
very much and his siblings very much.

Richard has worked on a horse farm in Florida and he would
eventually like to be a Blacksmith and work on a horse farm. He

CCS-000-09/82



# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM

CONTINUATION SHEET

This information may not health if
to p...... patient or misused
disc...... patient or misused
by reader

Date: 5-13-88
MM-DD-YY

Case Number: 0702778  Student's Name: Masterson , Richard ,

Last First Initial

Location: Statewide Reception Center

Form Number/Name/Item: Psychiatric Evaluation  Page 2

was in the hospital to have his eyes operated on and he had a congenital strabismus (cross eyed) and he wore glasses when he was a small child for a "lazy eye." He is almost blind in his left eye.

Richard denies any suicidal ideations or attempts and he hopes to live until he is 85 or 90 years of age. His goals are to get out of here, work on a farm and hopefully to be a Blacksmith. If by magic he could be anything he wanted to be, he would be a movie star.

He has had feelings of wanting to kill the guy who shot him and feelings of wanting to kill his father. He denies any other homocidal ideations or psycohtic ideations, except when being on drugs.

Richard stated that he and his friends used to rob wealthy homosexuals in order to get money. He stated that it was harder to do this in Florida because there was police protection around the beaches.

If he had wishes, he would 1) be out, 2) not be on drugs, 3) stay straight and 4) have money.

Richard is not particularly fund of any sport and he likes to lift weights, tear things apart and he has a 23 year old friend who has taught him auto mechanics.

He likes "Sanford and Son" on TV, and he has enemies that he doesn't want to have anything else to do with.

If he was going to be an animal, he would be a bird, but he wouldn't want to be a deer.

Richard has been sexually active since the age of 11 and he believes that he got one girl pregnant and she left. He states he would have taken responsibility of the child if she had stayed. Initially, he stated that it was the girl's responsibility. Later on after a discussion, he seemed to believe that it was a mutual

CCS-000-09/82



## TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
### CONTINUATION SHEET

Date: 5-13-88
MM-DD-YY

Case Number: 0702778   Student's Name: Masterson , Richard ,
                                        Last      First    Initial

Location:     Statewide Reception Center

Form Number/Name/Item:    Psychiatric Evaluation  Page 3

responsibility.  He daydreams about home and he worries about his mother.  If he was going to a desert island, he would go with his mother.  He is fearful that he will die before he gets out of here.

He claims he wants to change himself, change his action and change his drug habit.

**MENTAL STATUS:**

Richard is a tall, slender, young man who appears to be physically healthy.  He has good eye contact for someone who has been cross eyed.  He appears to be nervous and anxious and he fidgets a great deal.  He is hyper aware and noticed unusual things about the room.  He was easily distracted, squirmed a great deal and fidgeted a lot with his hand.  He admitted that he had trouble sitting in his seat, difficulty waiting his turn, switching from one activity to another and enjoying dangerous activities without considering the consequences.  He had some sleep disturbance and some bad dream disturbance.

There were times when he was about to cry when talking about his family, his mother and his sisters.  He appeared to be angry at times when talking about his father.  He did some gestalt where he beat on a chair.  He claimed that he was not really angry with his father now as much as he was in the past.  He has a history of being abused by his father and being in a family of violence.

**IMPRESSION:**

Axis I:    Conduct disorder, solitary aggressive type, mild to
           moderate.
           Substance abuse, cocaine  305.60.
           Attention deficit, hyperactivity disorder, mild to
           moderate and chronic anxiety.
Axis II:   Atypical personality disorder traits with borderline and
           possible atypical bipolar traits.
Axis III:  Probable mild organic brain dysfunction and strabismus
           with amblyopia.

CCS-000-09/82



# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## CONTINUATION SHEET

This information may be detrimental to patient's mental health if discussed with patient or misused

Date: 5-13-88
MM-DD-YY

Case Number: 07D2773   Student's Name: Masterson , Richard ,
Last                First            Initial

Location: Statewide Reception Center

Form Number/Name/Item: Psychiatric Evaluation   Page 4

**RECOMMENDATIONS:**

It is my recommendation that he be considered for residential treatment. At this time, he is not a security risk. He will need special education and family therapy is somewhat of a loss cause. He will need substance abuse counseling and counseling for those who have alcoholic parents. He will need a moderate amount of supervision at the present time. He is not a risk to self or others. He will need some individual and group therapy.

He may be a candidate for psychostimulants for attention deficit, hyperactivity disorder. He appears to have a labile affect which may have an effective component which will respond to Lithium Carbonate or Enderol. He seems highly motivated to change at this time and the prognosis with residential treatment is good.

The report from the dorm indicated that Richard was trying to work through his program but he appeared to have some rough edges.

W. Kenneth Day, M. D.
Consulting Psychiatrist

WK/ab

CCS-000-09/82

0 1 7 9 0 0 4 0 4 6

# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## Scheduled Individual Counseling Record/Log (Residential Facility)

Case Number: 07022.8

Student's Name: _____ _____ _____
Last    First    Initial

Location: CSS

Cottage/Dorm/Camp: _____

COUNSELING TYPE: 1–Psychiatric  2–Psychological  3–Casework  4–Vocational  5–Religious  6–Other (specify)

| Date | Type (code) | Minutes Spent | Next Date Scheduled | Comments (for lengthy comments, use Continuation Sheet) | Staff Signature | Data Entered |
|------|------|------|------|------|------|------|
| 12-29-08 | 2 | 60 | | | | |

CCS-035(12/83)

ROUTING: To Data Coordinator each week/month for data entry, then to Casework Subfile.
(Choose One)

**TEXAS YOUTH COMMISSION CHILD CARE SYSTEM**

Scheduled Individual Counseling Record/Log (Residential Facility)

Case Number: 070278    Student's Name: Nelson, R.C.

Location: _____

COUNSELING TYPE: 1-Psychiatric  2-Psychological  3-Casework  4-Vocational  5-Religious  6-Other (specify)

| Date | Type (code) | Minutes Spent | Next Date Scheduled | Comments (for lengthy comments, use Continuation Sheet) | Staff Signature | Data Entered |
|------|------|------|------|------|------|------|
| 2-27-85 | 3 CS | 30 | | *(handwritten comments, illegible)* | *(signature)* 1-27-85 | |

CCS-035(12/83)

ROUTING: To Data Coordinator each ☐ week/month for data entry, then to Casework Subfile. (Choose One)

00085

0 1 1 7 9 0 0 4 0 4 8

# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## Scheduled Individual Counseling Record/Log (Residential Facility)

Case Number: **0702778**

Student's Name: **MASTERSON**, **RICHARD** **A**

Last / First / Initial

Location: **CROCKETT STATE SCHOOL**

Cottage/Dorm/Camp:

PAGE 2 OF 2

COUNSELING TYPE: 1-Psychiatric 2-Psychological 3-Casework 4-Vocational 5-Religious 6-Other (specify)

| Date | Type (code) | Minutes Spent | Next Date Scheduled | Comments (for lengthy comments, use Continuation Sheet) | Staff Signature | Data Entered |
|------|------|------|------|------|------|------|
| 1-23-89 | 1 | 30 | 0 | Thought Content -- Nondelusional, no audiovisual halluci- | | |
| | | | | nations, positive homocidal/suicidal ideas but no plans. | | |
| | | | | A  Conduct disorder, isolated aggressive type, severe | | |
| | | | | Dysthymic disorder | | |
| | | | | Generalized anxiety disorder | | |
| | | | | P  Trial of Benedryl and Elavil | Dr. L. Flowers, MD | |

ROUTING: To Data Coordinator each week/month for data entry, then to Casework Subfile.

(Choose One)

CCS-035(12/83)

# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## Scheduled Individual Counseling Record/Log (Residential Facility)

Case Number: 0202278

Location: CROCKETT STATE SCHOOL

Student's Name: MASTERSON    RICHARD    A
     Last        First       Initial

Cottage/Dorm/Camp: D/A     PAGE 1 OF 2

COUNSELING TYPE: 1-Psychiatric 2-Psychological 3-Casework 4-Vocational 5-Religious 6-Other (specify)

| Date | Type (code) | Minutes Spent | Next Date Scheduled | Comments (for lengthy comments, use Continuation Sheet) | Staff Signature | Date Entered |
|---|---|---|---|---|---|---|
| 1-23-89 | 1 | 30 | | S 17 year old white adolescent with history of conduct disorder, isolated aggressive type, moderate, psychoactive substance abuse, cocaine Dysthymic and chronic anxiety who's seen in initial exam. Patient states he's here secondary to an auto theft and was suppose to do 4 months but ran twice from his previous placements after reaching level 4 and not being allowed to go home. Patient states this is his first time in TYC. Patient has a 6th grade education. Patient states he worked in the free world for one year and also on a horse farm in the junkyard for one year since he's been here. He gets into a lot of fights over nothing. Patient states he's just angry and hostile and looking for a fight. Patient states he's trying to control this but it is difficult. Patient states he's not sleeping or eating well and states he feels depressed every day. Patient reports having suicidal and homocidal impulses but states he wouldn't act out on them. Patient has 3 brothers all of whom he states are in trouble (2 are in TYC). Patient states he hates his father and wishes to kill him for the way he abused their mother and his brothers. Patient states his father is responsible for his brother being in prison and as soon as they went his father began messing with his brother's wife. Patient states his parents are divorced after 27 years of marriage because the kids threatened to kill his father. Patient states he's tired of being here and wants to get out. Patient admitted to the use of cocaine in the free world. O Appearance - Dressed appropriately. Activity - Fidgety Behavior - Serious but distant Affect - Underlying irritability | | |

0117204050

# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## Scheduled Individual Counseling Record/Log (Residential Facility)

Case Number: 070278

Location: CROCKETT STATE SCHOOL

Student's Name: MASTERSON , RICHARD , A.
Last First Initial

COUNSELING TYPE: 1-Psychiatric 2-Psychological 3-Casework 4-Vocational 5-Religious 6-Other (specify)
Cottage/Dorm/Camp:

| Date | Type (code) | Minutes Spent | Next Date Scheduled | Comments (for lengthy comments use Continuation Sheet) | Staff Signature | Date Entered |
|---|---|---|---|---|---|---|
| 1-30-89 | 1 | 30 | | S This is a 17 year old white adolescent with history of conduct disorder, isolated aggressive type, severe, Dysthymic disorder, and Generalized anxiety disorder who's seen in follow-up. Patient recently started on Elavil and Benadryl and states that the meds have slowed him down. Patient states besides the incident he was involved with on past tuesday he's doing fine. Patient states that he is getting good but having some difficulty sleeping secondary to restlessness. Patient states he's no longer as depressed. Patient states this level has been dropped to a sophmore secondary to having to be restrained. Patient states he attempted to restrain a peer and some- how the "got cut under the eye and staff thought he had dope." maliciously. Patient states he's working in the cafeteria and doing fine. <br><br> O Appearance - Dressed appropriately <br> Activity - Normoactive <br> Behavior - Appropriate <br> Affect - Shows range <br> Thought Content - Nondelusional, no audiovisual halluci- nations, no homocidal/suicidal ideas presently. <br><br> A Above diagnosis <br><br> P Continue meds. | Dr. L. Flowers, MD [signature] | |

# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## Scheduled Individual Counseling Record Log (Residential Facility)

Case Number: 070578

Location: CROCKETT STATE SCHOOL

Student's Name: MASTERSON, RICHARD, A
Last / First / Initial

Cottage/Dorm/Camp:

COUNSELING TYPE: 1-Psychiatric 2-Psychological 3-Casework 4-Vocational 5-Religious 6-Other (specify)

| Date | Type (code) | Minutes Spent | Next Date Scheduled | Comments (for lengthy comments, use Continuation Sheet) | Staff Signature | Date Entered |
|------|-------------|---------------|---------------------|---------------------------------------------------------|-----------------|--------------|
| 20 89 | 1 | 30 | | S This is a 17 year old white adolescent with history of conduct disorder, isolated aggressive type, severe, and Dysthymic disorder who's seen in followup. Patient reports he's doing fine eating and sleeping okay and no longer feeling depressed. Patient states he's a junior and will get his senior level tomorrow. Patient states he could go home in 15 days but wants to wait until he can be placed into Independent living. We talked at length about patient's past criminal behavior and use of IV drugs.  O Appearance - Dressed appropriately. Activity - Nonreactive Behavior - Appropriate. Affect - Constricted Thought Content - Nondelusional, no audiovisual halluci- nations, no homicidal/suicidal ideas.  A Above diagnosis plus psychoactive substance abuse, mixed type.  P Decrease Elavil and Benadryl | Dr. L. Flowers, MD | |

ROUTING: To Data Coordinator each week/month for data entry, then to Casework Subfile.
CCS-020 (12-20)
(Check One)

# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## Scheduled Individual Counseling Record/Log (Residential Facility)

Case Number: 0702578

Student's Name: MASTERSON RICHARD A
Last / First / Initial

Location: CROCKETT STATE SCHOOL

Cottage/Dorm/Camp:

COUNSELING TYPE: 1–Psychiatric 2–Psychological 3–Casework 4–Vocational 5–Religious 6–Other (specify)

| Date | Type (code) | Minutes Spent | Next Date Scheduled | Comments (for lengthy comments, use Continuation Sheet) | Staff Signature | Date Entered |
|------|------|------|------|------|------|------|
| 1-13-89 | 1 | 30 | | S 17 year old white adolescent with history of conduct dis-order, isolated aggressive type, moderate psychoactive substance abuse, in remission and Dysthymic disorder who's seen in follow up. Patient scheduled to leave this week and states he will be going to Temple, Texas. Patient states he's going to stay with his mother, his sister and her child. Patient states he anticipates on working once he gets out and doubts whether he will attend school. Patient states he's been behaving himself, getting okay, sleeping okay and has a good energy level. Patient states he doesn't feel down or depressed either. O Appearance - Dressed appropriate. Activity - Normoactive Behavior - Appropriate Affect - Congruent Thought Content - No delusional, no audio/visual halluci-nations, no homicidal/suicidal ideas. A Above diagnosis. P Followup at local MHMRA Discontinue Elavil, change Benadryl to as needed. | Dr. L. Flowers, MD | |

ROUTING: To Data Coordinator each week/month for data entry, then to Casework Subfile. (Check One)

CCS-035(12-87)

# GENERAL RECORD FORM for TITMUS VISION TESTER

NAME *Masterson, Richard*

DATE *5-14-88*

ADDRESS *070 2778*

RIGHT EYE

LEFT EYE

WEARING GLASSES ☐ YES ☑ NO
CONTACT LENSES ☐ YES ☑ NO

AGE *16:01*

## ELEMENTARY GRADE TESTS

| ACUITY – FAR POINT • LENS LEVER AT "FAR" | 4 OUT OF 6 = PASS | | TEST RESULT |
|---|---|---|---|
| DIAL AT #1 | RIGHT EYE | LEFT EYE SWITCH "OFF" | 20/ |
| DIAL AT #1 | LEFT EYE | RIGHT EYE SWITCH "OFF" | 20/ |
| TEST FOR EXCESSIVE FARSIGHTEDNESS • PLUS LENS • FAR POINT (Insert Plus Lens Unit) | | | PASS FAIL |
| DIAL AT #1 | LEFT EYE | RIGHT EYE SWITCH "OFF" | |
| DIAL AT #1 | RIGHT EYE | LEFT EYE SWITCH "OFF" | |
| (WITHDRAW PLUS LENS UNIT) A READING OF 20/30 OR 20/20 LINE THROUGH PLUS LENS = FAIL | | | |
| MUSCLE BALANCE TEST – FAR POINT • LENS LEVER AT "FAR" | | | PASS FAIL |
| (1) DIAL AT #2 | LEFT EYE SWITCH "OFF" | (PICNIC SCENE EXPLAINED) | |
| (2) DIAL AT #2 | RIGHT & LEFT SWITCH "ON" | (RED APPLE LANDS ON TABLE = PASS) | |
| MUSCLE BALANCE TEST – NEAR POINT • LENS LEVER AT "NEAR" | | | PASS FAIL |
| DIAL AT #4 | BOTH SWITCHES REMAIN AT "ON" | (RED APPLE STILL ON TABLE = PASS) | |

## PRE-SCHOOL TEST

20/20, 20/30, 20/40, 20/50, 20/70, 20/100

(Circle Acuity Level at which You are Testing) Must Read All Pictures Correctly

LENS LEVER AT "FAR"  TO WHICH PICTURE DO TABLE LEGS POINT?

*unable to do eye States he cannot see since last far very eyes*

| RIGHT EYE TEST Left Switch or "OFF" | | PASS | FAIL | LEFT EYE TEST Right Switch at "OFF" | | PASS | FAIL |
|---|---|---|---|---|---|---|---|
| DIAL AT #5 | BIRD | | | DIAL AT #8 | BIRD | | |
| DIAL AT #6 | RABBIT | | | DIAL AT #7 | BOY | | |
| DIAL AT #7 | BOY | | | DIAL AT #6 | GIRL | | |
| DIAL AT #8 | GIRL | | | DIAL AT #5 | RABBIT | | |
| OR DIAL AT #8 | BINOCULARITY SLIDE | | | BOTH SWITCHES "ON" | ꟸ ꟺ ꟲ | | |

## SECONDARY SCHOOL AND ADULT TEST

| DIAL AT #9 | ACUITY "FAR" | RIGHT EYE 20/*20* | LEFT EYE 20/*unable to read* | BOTH EYES 20/*20* | | |
|---|---|---|---|---|---|---|
| DIAL AT #3 | COLOR PERCEPTION "FAR" | A 12  B 5  C 26  D 6  E 16  F NOTHING | | | PASS | FAIL |
| OR DIAL AT #3 | | 1 Ɛ  2 ꟺ  3 ꟸ  4 ꟺ  5 ꟲ  6 ꟸ  7 ꟺ  8 Ɛ | | | | |
| DIAL AT #10 | LATERAL PHORIA "FAR" | 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15 X | | | | |
| DIAL AT #11 | VERTICAL PHORIA "FAR" | 1  2  3  4  5  6  7 X | | | | |
| DIAL AT #12 | ACUITY "NEAR" | RIGHT EYE 20/*20* | LEFT EYE 20/*unable to see* | BOTH EYES 20/*20* | | |

### DIAL AT #9  VISUAL ACUITY TESTS AT "FAR"

| | LEFT EYE | BOTH EYES | RIGHT EYE | |
|---|---|---|---|---|
| 1 | Z N | R O | H K | 20/200 |
| 2 | R K S | H N C | Z O D | 20/100 |
| 3 | H C D V | S K Z O | R N D S | 20/70 |
| 4 | Z R O D | N S C H | V Z K N | 20/50 |
| 5 | K H S C | O Z N R | D N V C | 20/40 |
| 6 | O N R Z V | D K H C S | K D S O N | 20/30 |
| 7 | S D C H N | V R Z K O | H S N R D | |

### DIAL AT #12  VISUAL ACUITY TESTS AT NEAR

| | LEFT EYE | BOTH EYES | RIGHT EYE | |
|---|---|---|---|---|
| 1 | S V C | N R K | H Z O | 20/100 |
| 2 | R N Z H | D O K V | C S Z N | 20/70 |
| 3 | C K V D | S N Z R | D O H C | 20/50 |
| 4 | V H R N | O D S K | N Z C S | 20/40 |
| 5 | H S K R C | N Z D O V | Z S H N K | 20/30 |
| 6 | Z O N V R | H C S K D | V K C D S | 20/20 |

WRITE COMMENTS ON BACK OF RECORD FORM

*Sarah Strickland Lw* Test Administrator

TITMUS OPTICAL ., INC.
PETERSBURG, VA., U.S.A.

CAT. NO. OV7-GR

PRINTED IN U.S.A.
2038-6-72