Case 4:20-cv-01227 Document 6 Exhibit TYC22 and Other Exhibits Page 1 of 24

# TEXAS YOUTH COMMISSION MEDICAL RECORD
## Dental Assessment and Treatment Record

Case Number: 070 2778

Location: Sta # 4

Student's Name: Masterson , Richard A
Last of 1st                First        Initial

Admission Date: 05 04 88
                MM DD YY

Screening Date: 04 - 7 - 88    Dentist's: (signature)



**MEDICAL HISTORY (Circle if Yes)**

Anemia
Diabetes
Heart Condition
Rheumatic Fever
Hepatitis

**CURRENTLY:**

| | | |
|---|---|---|
| Under Physician's Care | Y | N |
| Taking Medication | Y | N |
| Allergic to: Penicillin | Y | N |
| Anesthetic | Y | N |

**POSITIVE SEROLOGY:**

Titer:
Date:
Other:

Dentist's Signature: (signature) DDS
                     (signature) DDS

Dental Treatment and/or Drugs Prescribed
(X = No evident dental pathology requiring immediate treatment)

| Treatment Date | |
|---|---|
| 2-17-88 | BW X BAN |
| 1-7-89 | PT REFUSED RESTORATIONS |

* International Numbering Standard

** Universal Numbering Standard

MR 409 - 9/85

Case 4:09-cv-00701 Document 50 Filed in TXSD on 08/07/12 Page 3 of 24

TEXAS YOUTH COMMISSION
MEDICAL RECORD
INSTITUTION DISCHARGE SUMMARY
AND FOLLOW-UP CARE REQUIRED

Student _MASTERSON, RICHARD_ Case # _070,277_ Location _C.S.S._

A. Medical: (Summary of care received)
12-21-89 treated for spastic colon  x one month with follow-up Barium
Enema showing Ascariasis(worms)  Medicated x 3 days with resolution.

Follow-up care required:
No

B. Dental: (Summary of care received)
12-17-88 Annual exam & x-rays. Student refused restorations.

Follow-up care required:
No

C. Psychiatric: (Summary of care received)
Interviewed x 2 for Conduct disorder; Dysthymic disorder; Generalized
anxiety. Started on medication 1-23-89 which was decreased 2-20-89.

Follow-up care required:
As needed at local MHMR.

_Joyce Dupuy_  3--3-89
Director of Nurses/Designee

MR 405-C
0001

TEXAS YOUTH COMMISSION
MEDICAL RECORD
INSTITUTION CHRONOLOGICAL
TREATMENT DURING RESIDENCE

Student _MASTERSON, RICHARD_ Case # _070-278_ Location _C.S.S._

1. **Medical:** Acute illness, surgery, special referral, emergency room care (include dates of treatment)

   12-21-88 Intermittent RLQ pain and constant substernal pain; full colon noted in left abdomen; Bentyl 20 mg tid ac and 20mg q hs. MOM tonight recheck in one month.

   1-25-89 Recheck; suggests spastic colon or chronic constipation. Get BE x-ray.

   2-17-89 BE shows Ascariasis; Vermox 1 tab chewed & swallowed bid x 3 days Get follow up stool exam in one month.

2. **Dental:** Emergency dental care (date of treatment)

   12-17-88 BWXR exam

   1-7-89 Student refused restorations.

3. **Psychiatric:** Diagnosis, medication (begin and end date), counseling sessions (frequency)

   1-23-89 Conduct disorder, isolated, aggressive type, severe; Dysthymic disorder; Generalized anxiety disorder. Start Elavil 50mg q hs x 3 days, then increase to 100mg x 27 days, Benadryl 50 mg q hs Benadryl 25 bid prn anxiety.

   2-20-89 Interview; Decrease Elavil 50 mg q hs; Decrease Benadryl 25 mg q hs.

4. Prosthesis provided on:

   Date _____   Type _____

   Date _____   Type _____

   Date _____   Type _____

MR 405-B

**TEXAS YOUTH COMMISSION**
**MEDICAL RECORD**
**INSTITUTION**
**INDIVIDUAL MEDICAL PLAN**

Student _MASTERSON, RICHARD_    Case # _070277P_

Admission Date _10-26-88_    Location _C.S.S._

DOB _3-5-72_    Race _WHITE_    Sex _MALE_

I.   Health Status on Admission _Had eye surgery 1982 Has glasses at one time_    _Can't see well Out of left eye "Yes both vision States can only see peripheral_

A.   Current Health Problems (include nutritional status):
_Gunshot wound Feb 7 1988 Lft Chest area. Had surgery. Denies any problems from surgery/wound at present_    _Occasional Chest pain & SOB-not necessarily on exertion_

Vision: R _20/20_  L _20/40 to read_    Hearing: Pass ✓ / Fail
_5-4-88_    _5-4-88_

B.   Current Medication(s):
_None_    _NKA_

C.   Special Precautions:
_Student is on contact sports restriction - May swim._
_No running._
_- Very poor vision lft eye._

II.   Treatment Objectives:
_Safe & healthy, stay C-SS._

III.   Summary of presenting problems and resolutions:
_Physical 5-9-88. Dental 5-4-88. Needs 1 extraction. Needs TB Booster 2-89. Follow up vision to be done. State lft eye "lazy". Gunshot wound Feb 7, 1988 to chest. CXR 5-1988. Bullet remains lodged lft soft tissues. Follow up c Dr Murray on sports restrictions._    _States extraction was done at _____ June_

_Richard Masterson_    _Linda Clark RN II  10-26-88_
Student    Date    Director of Nurses    Date

IV.   Information presented to Special Services Committee on _11-2-88_
Date

_L Clark RN II_
Director of Nurses

MR 405-A

TEXAS YOUTH COMMISSION
CHILD CARE FORM

## MEDICAL RECORD
## INITIAL HEALTH SCREENING

Case Number: _0702 778_  Youth's Name: _Masterson      Richard      A_

| | Last | First | Initial |

Location: _Sho   #4_  Admission Date: _05-04-88_

DOB: _03 05 72_ Age: _16.01_ Sex: (M) F  Ethnic Group: WH (BL) SP IND Other _____

**A.  PAST MEDICAL HISTORY:** (Circle If Yes)  Mumps  Rubella  Rubeola  Sickle Cell

Rheumatic Fever  Hepatitis  Asthma  TB  Heart Defect  Kidney Disease  Diabetes

Epilepsy  Hemophilia V. D. _04-25-88_  Allergy _NKA_  Drug Reaction _____
                          (type)            (type)                    (type)

Pregnancy _____  Menses _____
           (liveborn  stillborn  abortion)       (age at onset cycle LMP)

Injury _NO_
       (type/date)

Mental Health _NO_  Substance Abuse _Cigs Coke — NO_
           (in or out patient psychiatric care)     (type, amount, frequency)

Hospitalized _02-07-88 - John Sealy Hosp. Bullet in Chest - 1 eye Surg. 1982_
           (surgery/medical type/date)

_Suicide attempt NO_

**B.  ADMISSION HEALTH STATUS:**

Current Health Problem _treated for VD_     _NO_        _NO_
                        Medical          Dental      Mental

Current Medication _Tetracycline_    _500mg_    _____
                   Type           Amount     Frequency

Special Health Requirements _NO_
                            (diet, prostheses, pregnancy)

Appearance _Normal_
           (Signs of trauma, infection, jaundice, rash, pediculi)

_Er Morris LVN 05-04-88_
Nursing Staff                            Date

**C.  READMISSION HEALTH SCREENING:**

Ht. _____  Wt. _____  Vital Signs    T    P    R    B/P

Chronic Illness _____  Medical Alert  Yes _____  No _____

Health Problems During Absence _____

Hospitalization During Absence _____

Presently Taking Medication  Yes _____  No _____  If yes, Identify _____

Nurse                                    Date

CCF(MR)-407
WPC - 3/15/87

# TEXAS YOUTH COMMISSION MEDICAL RECORD
## HEALTH RECORD
### PHYSICAL EXAMINATION

Case Number: 070277 8  Student's Name: Masterson  Richard A
                                          Last        First    Initial

Location: SRC - 4

Ethnic Group: (Wh) Ind Bl Oth Sp   Sex: (M) F
              (circle one)

Vital Signs: Temp 99  P 92  R 16  B/P 100/60
Physical Description: Height: 5'9"  Weight: 148½  Build: slender, (medium), heavy, obese

Date of Birth: 03-05-72  Age: 16:01  Hair: Brn   Eyes: Brn
                                           color       color

Type (circle)  (Admitting)  Annual

---

Review of Systems   N   ABN                              N   ABN

1.  Head, Neck              8.   G.U.
2.  EENT          ✓         a.   Discharge
3.  Respiratory             b.   Lesions
4.  Cardiac                 9.   Endocrine
5.  Chest, Breast  ✓        10.  Neurological
6.  Abdomen                 11.  Dermatologic
7.  G.I.                    12.  Musculoskeletal

---

Comments (abnormal findings by number):

5  Horacotomy scar Feb 7 gunshot wound L chest
12 Bullet track skin in mid neck
2  Internal strabismus left eye

Medical Recommendations:

(1) PE restrictions - (no contact sports)
    May shower - no swimming

(2) Eye consult for int. strabismus

(3) Pt has allegedly
    has been treated for GC c
    Tetracycline 500 bid x 7 days. Recommend GC cult.
    6  8/18/85

Physician's Signature  Date of examination
579  /88

MR 408
9/85

Case 4:02-cv-07221   Document 68   Filed in TXSD on 08/07/09   Page 77 of 24

JUVENILE NUMBER _106 302_

TELEPHONE NUMBER

## HARRIS COUNTY JUVENILE DETENTION CENTER
### MEDICAL HISTORY AND PHYSICAL EXAMINATION

_864-2938_

NAME: _Materson, Richard_    DATE OF BIRTH: _3-5-72_    AGE: _16_

SEX: _m_    OFFENSE: _UMISM1_    RACE: _B_

| ITEM | NO | YES | COMMENTS |
|------|----|----|----------|
| ALLERGIES | ✓ | | |
| OPERATIONS | | ✓ | Bullet to Back arm a sec vein i arm |
| MAJOR ILLNESSES | | | |
| INJURIES | | | |
| VENERAL DISEASE | | | |
| TUBERCULOSIS | | | |
| URINARY DIFFICULTIES | ✓ | | |
| HEART DISEASE | | | |
| MENTAL DISEASE | ✓ | | |
| SEIZURES | | | |
| COLD | | | |
| COUGH | | | |
| CHEST PAIN | | | |
| VOMITING | | | |
| DIARRHEA | | | |
| ABDOMINAL PAIN | | | |
| HAY FEVER | | | |
| ASTHMA | | | |
| SKIN TROUBLES | ✓ | | |
| HEADACHES | | | |
| EYE INFECTIONS | | | |
| VISION PROBLEMS | | | |
| EAR PROBLEMS | | | |
| EPILEPSY | | | |
| DIABETES | ✓ | | |
| ARE YOU CURRENTLY TAKING ANY MEDICATION? | | _No_ | |

FEMALE: LAST PERIOD: _____    VAGINAL DISCHARGE _____    PREGANANCIES _____
SIGNS OF SUBSTANCE ABUSE OR USAGE: _None_

### NURSES NOTES

_4/14/88 3° 0° New intake no app plt states was shot in chest 2yrs ago bullet remains in back area. Swelled. Po Dr D in am_

_4/2/88 Dental Screening to R.O. D Basham k_

_5/2/88 M_ _____

MEDICAL DEPARTMENT
REVISED JUNE 1987

# PHYSICAL HISTORY

TEMPERATURE:     HEIGHT:     IN.
WEIGHT:     LBS.
BLOOD PRESSURE:     PULSE:     RESP.:     NVS:

## IMMUNIZATION

| | |
|---|---|
| DIPTHERIA | |
| TETANUS | |
| WHOOPING COUGH | |
| MEASLES | |
| POLIO | |
| RUBELLA | |
| MUMPS | |
| T.B. TINE | RESULTS: |

| | NORMAL | ABNORMAL | NOT DONE | COMMENTS |
|---|---|---|---|---|
| VISION SCREENING | | | | |
| HEARING SCREENING | | | | (R) hand sore |
| DEVELOPMENT PROGRESS | | | | |
| MUSCULOSKELETAL | | | | |
| EXTREMITIES | Minimal swelling (R) hand | | | (R) Throat |
| LYMPHATICS | | | | |
| SKIN | | | | |
| HEAD | | | | |
| SCALP | | | | |
| EYES | | | | |
| EARS | | | | |
| NOSE | | | | |
| MOUTH (TEETH) | | | | |
| THROAT | | | | |
| NECK | | | | |
| LUNGS | | | | |
| BREAST | | | | |
| HEART | | | | |
| ABDOMEN | | | | |
| HEART | | | | |
| GENITALIA | | | | |
| REFLEXES | | | | |
| ENDOCRINOPATHIES | | | | |

STANDING ORDER FOR THE FOLLOWING:     (DATE AND CIRCLE YES FOR USAGE OF STANDING ORDER)

| | | | |
|---|---|---|---|
| EAMA | CALAMINE LOTION | MIDOL | TINACTIN CREAM |
| LISTEX | TYLENOL | ASPIRIN | COUGH SYRUP |
| MAALOX | MILK MAGNESIA | DESENEX FOOT POWDER | (NON-PRESCRIPTION) |
| VISINE | LIP BALM | DELOUSE YOUTH ON ADMISSION | |

STANDING ORDER FOR THE FOLLOWING: (CIRCLE YES FOR STANDING ORDER)

| | |
|---|---|
| IMMUNIZATIONS | |
| LABORATORY TESTING | _C. B. Hendrix MD_ |
| CBC | _M.S. Koch M_ |
| DRL | _M. Monroe, MD_ |
| G.C. CULTURE | |
| PREGNANCY TEST | |
| URINALYSIS | |

DATE   4-19-88     PHYSICIANS' SIGNATURE

000087

Case 1:03-cv-02721 Document 59 Filed in TXSD on 06/05/12 Page 9 of 24

# TEXAS YOUTH COMMISSION
## SUMMARY OF MEDICAL/DENTAL/PSYCHIATIC CARE
### Received at Statewide Reception Center

Date: _05 - 04 - 88_
MM  DD  YY

Case Number: _0702778_    Student Name: _Masterson, Richard_
Last, First, Middle Initial

| MEDICAL: | Yes | No | Comment |
|---|---|---|---|
| Medical Alert | | ✓ | |
| Physical Exam | ✓ | | |
| Vision | ✓ | | needs further eye exam |
| Hearing | ✓ | | |
| Lab Studies | ✓ | | |
| X-rays | | | |
| Immunizations | | ✓ | Complete |
| Medicine Prescribed | | ✓ | |

Prescription Attached ___

| DENTAL: | | | |
|---|---|---|---|
| Exam | ✓ | | 1 extraction |
| Emergency Care | | ✓ | |
| Medicine Prescribed | | ✓ | |

Prescription Attached ___

| PSYCHIATRIC: | | | |
|---|---|---|---|
| Exam | | ✓ | |
| Suicide Alert | | ✓ | |
| Medicine Prescribed | | ✓ | |

Prescription Attached ___

MR 412
9/85

Case 4:07-cv-02719    Document 159    Filed in TXSD on 09/07/12    Page 10 of 24

TEXAS YOUTH COMMISSION MEDICAL RECORD
**Medical Diagnosis and Treatment**

Date: _____ MM DD YY

Case Number: 10702778    Student's Name: _Masterson_ , _Richard_
                                                    Last                    First            Initial

Location: SRC #3    Date of Birth: 3 5 72
                                                        MM DD YY

Medical Complaint: Follow up GC culture
+ follow-up gunshot wound + chest

Medical Diagnosis: 1° Gunshot wound Chest    Date of Diagnosis: _____
Follow-up G.C. therapy                                              MM DD YY

Treatment Prescribed: _____    Begin Treatment: _____
                                                                                        MM DD YY

① CXR
② Continue PE restriction
③ GC Cult new

Doctor's Signature: _____    Nurse's Signature: _____

Medical Complaint: _____

Medical Diagnosis: Rectus musc. spr    Date of Diagnosis: _____
                                                                                        MM DD YY

Treatment Prescribed: _____    Begin Treatment: _____
                                                                                        MM DD YY

Stop doing sit-ups

Doctor's Signature: _____    Nurse's Signature: _____

MR 432
9/85

Case 4:07-cv-02719 Document 56 Filed in TXSD on 03/07/12 Page 11 of 24



TEXAS YOUTH COMMISSION MEDICAL RECORD
Medical Diagnosis and Treatment

Date: 10-26-88
MM DD YY

Case Number: 0702998    Student's Name: MASTERSON , Richard A.
                                                Last         First    Initial

Location: C.S.S.                 Date of Birth: 03-05-72
                                                MM DD YY

Medical Complaint: Keep on or take off P.E. restrictions

Medical Diagnosis: History of injury report do not    Date of Diagnosis: 10-26-88
suggest need for restriction of physical                MM DD YY
activities at this time

Treatment Prescribed: none — No P.E.    Begin Treatment: 10-26-88
restrictions                             MM DD YY

Doctor's Signature: [signature]    Nurse's Signature: J. Fennell LVN II
                                    10-26-88   4:55 PM

Medical Complaint: Side Pain + int chest pain — No intermitter

Medical Diagnosis: Heart, lungs + chest   Date of Diagnosis: 12-21-88
                                          MM DD YY

Treatment Prescribed:                Begin Treatment: 12-21-88
                                     MM DD YY

Doctor's Signature: [signature]    Nurse's Signature: J. Fennell LVN II
                                    12-21-88   5:15 PM

MR 432
9/85

DEC 23 1988



TEXAS YOUTH COMMISSION MEDICAL RECORD
Medical Diagnosis and Treatment

Case Number: 0702778   Student's Name: _Masterson_   , _Richard_   Date: 1-23-89

Location: C.S.S.   Date of Birth: 3-5-72

Medical Complaint: ~~Sickle Pain~~ Evaluation

Medical Diagnosis: _____   Date of Diagnosis: _____

Treatment Prescribed: Elavil 50 mg po qhs × 3d   Begin Treatment: 1/23/89
then 70 to 100 mg × 27d
Benadryl 50 mg po qhs
Benadryl 25 mg po BID prn anxiety

Doctor's Signature: _____   Nurse's Signature: _N. Owenstont_

Medical Complaint: Stomach Pain — Pain is mostly in LOQ

Medical Diagnosis: Suggests spastic colitis or maybe just constipation   Date of Diagnosis: 1-25-89

Treatment Prescribed: Get BE Xray / begin   Begin Treatment: after BE Xray

Doctor's Signature: _[signature]_   Nurse's Signature: _J. Fennell RN II_
1-25-89 5:55 pm

MR 432
9/85

## TEXAS YOUTH COMMISSION MEDICAL RECORD
### Medical Diagnosis and Treatment

Date: _2-17-89_
　　　　MM　DD　YY

Case Number: _0702778_　Student's Name: _Mastison_ , _Richard_
　　　　　　　　　　　　　　　　　　　Last　　　　　First　　　Initial

Location: _CSS_　　　　　　　　　　Date of Birth: _____
　　　　　　　　　　　　　　　　　　　　　　　MM　DD　YY

Medical Complaint: _Ascariasis noted on lug (B.E.)_

Medical Diagnosis: _Ascariasis_　　　　Date of Diagnosis: _2-17-89_
　　　　　　　　　　　　　　　　　　　　　　　MM　DD　YY

Treatment Prescribed: _Vermox 1 tab. chewed_　Begin Treatment: _2-17 OR 18-89_
_± swallowed lid for 3 days; call follow-up_
_above if no improvement_

Doctor's Signature: _____　Nurse's Signature: _M. Phelps Lic.T_
　　　　　　　　　　　　　　　　　　　　　　_2/17/89_

Medical Complaint: _____

Medical Diagnosis: _____　　　　Date of Diagnosis: _____
　　　　　　　　　　　　　　　　　　　　　　　MM　DD　YY

FEB 20 1989

Treatment Prescribed: _1 Elavil 50 mg PO ≡ HS X 32d_
_± Benadryl 25 mg po ≡ HS X 5d_　Begin Treatment: _2/20/89_
　　　　　　　　　　　　　　　　　　　　　　　MM　DD　YY

Doctor's Signature: _____　Nurse's Signature: _L Clark RN II_
MR 432　　　　　　　　　　　　　　　　　　　_2-20-89 5pm_
9/85

Case 1:09-cv-02737 Document 50 Filed in TXSD on 09/07/10 Page 14 of 24

TEXAS YOUTH COMMISSION MEDICAL RECORD
Medical Diagnosis and Treatment

Date: 3-13-89
MM DD YY

Case Number: 0702778   Student's Name: Masterson , Richard
Last                    First        Initial

Location: C.S.S.   Date of Birth: 3-5-72
MM DD YY

Medical Complaint:

Medical Diagnosis:   Date of Diagnosis:
MM DD YY

Treatment Prescribed: d/c Elavil
Benedryl 25 pp po qhs prn insomnia
r 3p   Begin Treatment: 3/13/89
MM DD YY

Doctor's Signature:   Nurse's Signature: J Funnell Lvn II
3-13-89   10:30 am

Medical Complaint:

Medical Diagnosis:   Date of Diagnosis:
MM DD YY

Treatment Prescribed:   Begin Treatment:
MM DD YY

Doctor's Signature:   Nurse's Signature:

MR 432
9/85

**___S YOUTH COMMISSION MEDICAL RECORD**

**DRUG ADMINISTRATION LOG**

Date: 12-21-88

___e Number: 0762778     Student's Name: Masterson, Richard

Location: C.S.S.

Drug Name & Dosage: Bentyl 20mg T.i.d. Acthis.     Start Date: 12-22-88     End Date: Reylw if Not Asymptomatic if Asymptomatic give for one month then discontinue

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7:30 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11:30 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4:30 PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

J. Fennell RN II
Staff Member's Signature

Drug Name & Dosage: MOM 20zs tonight     Start Date: 12-21-88     End Date: 12-21-88

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

J. Fennell RN II
Staff Member's Signature

Drug Name & Dosage: Bentyl 20mg T.i.d. Acthis.     Start Date: 12-22-88     End Date: Reylw if Not Asymptomatic if Asymptomatic give for one month then discontinue

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7:30 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11:30 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4:30 PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 PM | | | | | | | | | | | | | | | | | | | | | | | | | | | DC | | | | |

J. Fennell RN II
Staff Member's Signature

MH 453
8/85

Cause 1:09-cv-02271 — Document 150 — Filed in TXSD on 03/07/10 — Page 16 of 24

# TEXAS YOUTH COMMISSION MEDICAL RECORD
## DRUG ADMINISTRATION LOG

Date: 2-1-89  
MM  DD  YY

Number: 0702778    Student's Name: Masterson    Richard  
Last    First    Initial

Location: C-S-S

Drug Name & Dosage: Benadryl 25mg PO Bid    Start Date: 1-24-89    End Date: X 30 days  
February    PRN anxiety    MM DD YY    MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Staff Member's Signature

Drug Name & Dosage: 2oz Fleet liquid    Start Date: 12-12-89    End Date: 12-13-89  
MM DD YY    MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Staff Member's Signature: J. Fennell LVN II

Drug Name & Dosage: Vermox tab chewed & swallowed    Start Date: 2-18-89    End Date: 2-20-89  
Bid x 3 days    MM DD YY    MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Staff Member's Signature

MR 433  
8/85

TEXAS YOUTH COMMISSION MEDICAL RECORD
DRUG ADMINISTRATION LOG

Date: 1-24-89
MM DD YY

Case Number: 0702778    Student's Name: Masterson , Richard
                                          Last           First      Initial

Location: C.S.S.

Drug Name and Dosage: Elavil 50mg PO    Start Date: 1-24-89    End Date: 1-26-89
                      QHS X 3 days                  MM DD YY              MM DD YY

| Jan. | Time Schedule | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|------|---------------|---|
| | 8 PM | |
| | | |
| | | |
| | | |

N. Owens Lvn I
Staff Member's Signature    2-22-89

Elavil 100mg PO QHS X 27 days    1-27-89

| Jan. | Time Schedule | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|------|---------------|---|
| | 8 PM | |
| | | |
| | | |
| | | |

N. Owens Lvn I
Staff Member's Signature    2-22-89

Elavil 100mg PO QHS X 27 day    1-27-89

| Feb. | Time Schedule | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|------|---------------|---|
| | | |
| | | |
| | | |

N. Owens Lvn I
Staff Member's Signature

Case 1:09-cv-00701   Document 50   Filed in TXSD on 08/07/09   Page 18 of 24

TEXAS YOUTH COMMISSION MEDICAL RECORD
DRUG ADMINISTRATION LOG

Date: 1-24-89
MM DD YY

Case Number: 0702778   Student's Name: Masterson , Richard
                                          Last         First      Initial

Location: C.S.S.

Drug Name and Dosage: Elavil 50mg po     Start Date: 1-24-89   End Date: 1-26-89
qHS X 3 days                                        MM DD YY              MM DD YY

| Jan. | Time Schedule | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|------|---------------|---|
|      | 8 PM          | |
|      |               | |
|      |               | |
|      |               | |

N. Owenston I
Staff Member's Signature

Elavil 100mg po qhs X 27days   1-27-89                          2-22-89

| Jan. | Time Schedule | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|------|---------------|---|
|      | 8 PM          | |
|      |               | |
|      |               | |
|      |               | |

N. Owenston I
Staff Member's Signature

Elavil 100mg po qhs X 3 days   1-27-89                          2-22-89

| Feb. | Time Schedule | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|------|---------------|---|
|      |               | |
|      |               | |
|      |               | |
|      |               | |

N. Owenston I
Staff Member's Signature

MR 433
9/85

00197

Case 1:02-cv-00731 Document 62 Filed in TXSD on 08/07/03 Page 19 of 24

TEXAS YOUTH COMMISSION MEDICAL RECORD
DRUG ADMINISTRATION LOG

Date: 1-24-89
MM DD YY

Case Number: 0702178   Student's Name: Masterson, Richard
Last   First   Initial

Location: C. B. B.

Drug Name and Dosage: Benadryl 50 mg   Start Date: 1-24-89   End Date: X 30 days
PO q HS   MM DD YY   MM DD YY

| Jan | Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

N. Owens, Lvn I
Staff Member's Signature

Benadryl 25 mg PO Bid PRN anxiety   1-24-88   X 3 a lap

| Jan | Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

N. Owens, Lvn I
Staff Member's Signature

February   Benadryl 50 mg PO qhs   1-24-89   X 30 days

| | Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Staff Member's Signature

MR 433
9/85

Case 1:09-cv-02731   Document 69   Filed in TXSD on 06/07/12   Page 20 of 24

# TEXAS YOUTH COMMISSION MEDICAL RECORD
## DRUG ADMINISTRATION LOG

Date: 3-01-89

Case Number: 0702178    Student's Name: Masterson    Richard

Location: C.S.6.

Drug Name & Dosage: Elavil 50 mg p.o. QHS    Start Date: 2-20-89    End Date: X 30 days

| March | Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 pm | | | | | | | | | | | | | | | | | /D.C. | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

No extension I.
**Staff Member's Signature**

Drug Name & Dosage: Benadryl 25 mg p.o. QHS.    Start Date: 3-13-89    End Date: X 3 days

| | Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

J. Fennell M.T.
**Staff Member's Signature**

Drug Name & Dosage: _____    Start Date: ___ ___ ___    End Date: ___ ___ ___

| | Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Staff Member's Signature**

MR 433
9/85

00100

Case 4:00-cv-002211   Document 56   Filed 03/23/01 in 04/07/03   Page 21 of 24

# TEXAS YOUTH COMMISSION MEDICAL RECORD
## DRUG ADMINISTRATION LOG

Date: 2-20-89 (MM DD YY)

File Number: 0702778   Student's Name: Masterson (Last)   Rishard (First)   Initial

Location: C.S.S.

Drug Name & Dosage: Elavil 50mg PO qhs   Start Date: 2-20-89 (MM DD YY)   End Date: 3-20-89 (MM DD YY)
X30 days

| Feb | Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8:00PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

L Clark RN II
**Staff Member's Signature**

Drug Name & Dosage: Benadryl 25mg PO qhs   Start Date: 2-20-89 (MM DD YY)   End Date: 3-20-89 (MM DD YY)
X30 days

| Feb | Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8:00PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

L Clark RN II
**Staff Member's Signature**

Drug Name & Dosage: Benadryl 25mg p.o. qhs   Start Date: 2-20-89 (MM DD YY)   End Date: 3-20-89 (MM DD YY)

| March | Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

N. Owens Lvn I
**Staff Member's Signature**

MR 433
8/85

00110

Case 4:08-cv-02731   Document 58   Filed in TXSD on 08/07/10   Page 22 of 24

# TEXAS YOUTH COMMISSION HEALTH RECORD
## LABORATORY REPORT
### STATEWIDE RECEPTION CENTER

NAME _Madison Richa_  DATE _5/8/08_

TYC # _0708778_  TECH _Dlee_

**Circle Test requested:**

| Test | Results | Normal | Test | Results | Normal |
|------|---------|--------|------|---------|--------|
| **CBC** | | | **UA** | | |
| WBC | | 4.8-10.8 Thou/cmm | UA-Appearance | | |
| RBC | | 4.0-5.1 m/cmm | UA-Spec.Gravity | | 1.001-1.035 |
| HGB | | 12-16 GMS | UA-PH | | 5.0-8.0 |
| HCT | | 36-48% | UA-Sugar | | Negative |
| MCV | | 80-99 UCUBE | UA-Ketones | | Negative |
| MCH | | 27.0-31.0 UUG | UA-Protein | | Negative |
| MCHC | | 32-35% | UA-Blood | | Negative |
| BAND | | 0-3% | UA-Bilirubin | | Negative |
| SEGS | | 41-71% | UA-Urobili | | Negative |
| LYMPS | | 24-44% | UA-Nitrite | | Negative |
| MONOS | | 0-7% | UA-WBC | | -0- |
| EOS | | 0-5% | UA-RBC | | -0- |
| BASO | | 0-2% | UA-Casts | | -0- |
| PLT | | Adequate | | | |

**RPR** _____  **BETA HCG** _____

(G.C. Culture) _Negative for GC_

Additional comments: _____

Cause 460D-cv-0317701    Document 150    Filed in TXSD on 08/07/13    Page 23 of 24

15

# TEXAS YOUTH COMMISSION HEALTH RECORD
## LABORATORY REPORT
### STATEWIDE RECEPTION CENTER

NAME _Masterson, Richard_    DATE _16:01 5/9/88_

TYC # _0702778_    TECH _Dhee_

Circle Test requested:

| Test | Results | Normal | Test | Results | Normal |
|------|---------|--------|------|---------|--------|
| CBC | | | UA | | |
| WBC | 3.1 | 4.8-10.8 Thou/cmm | UA-Appearance | Clear | |
| RBC | 5.14 | 4.0-5.1 m/cmm | UA-Spec.Gravity | — | 1.001-1.035 |
| HGB | 16.4 | 12-16 GMS | UA-PH | 6.0 | 5.0-8.0 |
| HCT | 49.6 | 36-48% | UA-Sugar | Neg | Negative |
| MCV | 96 | 80-99 UCUBE | UA-Ketones | Neg | Negative |
| MCH | | 27.0-31.0 UUG | UA-Protein | Neg | Negative |
| MCHC | | 32-35% | UA-Blood | Neg | Negative |
| BAND | | 0-3% | UA-Bilirubin | Neg | Negative |
| SEGS | 35 | 41-71% | UA-Urobili | Neg | Negative |
| LYMPS | 64 | 24-44% | UA-Nitrite | Neg | Negative |
| MONOS | 1 | 0-7% | UA-WBC | 0 | -0- |
| EOS | | 0-5% | UA-RBC | 0 | -0- |
| BASO | | 0-2% | UA-Casts | 0 | -0- |
| PLT | Adeg | Adequate | | | |
| RPR | Nonreactive | | BETA HCG | | |

G.C. Culture _____

Additional comments: _____

_____

_____

_____

_____

SRC-08/19/85
LAB-001

00112

Case 4:05-cv-00037   Document 50   Filed in TXSD on 08/07/09   Page 24 of 24

## SWEEP CHECK SCREENING TEST

School _Sch. # 4_          Grade _____   Date _5-4-88_

1. Screen four frequencies at 25 dB HTL.
2. Make a check mark for each tone heard.
3. Identify failure to respond with an "F" or "X."
4. Sequence of tone presentation: ➝

| Student's Name | ear | 500 Hz | 1000 Hz | 2000 Hz | 4000 Hz | Remarks |
|---|---|---|---|---|---|---|
| 1st Screen 0702778 | R | X | ✓ | ✓ | ✓ | Passed |
| Masterson, Richard A. | L | X | ✓ | ✓ | ✓ | |
| 2nd Screen | R | | | | | |
| | L | | | | | |

Children failing to respond to *TWO* (of the four) frequencies in *EITHER* ear should be re-screened with another Sweep Check Test within 3 to 4 weeks. (Signs or symptoms *alone* would be sufficient for referral.) Failure of *TWO* frequencies in *EITHER* ear on the second Sweep Check Test requires the Threshold Screening Test. (Failure of *one* frequency may be marked *"Observe."*)

### THRESHOLD SCREENING TEST

1. Screen six frequencies, beginning each at 40 dB HTL (down--10 dB; up--5dB).
2. Graph the threshold for each frequency ("O" = right ear; "X" = left ear). Connect those symbols with a straight line as screening is completed for each ear.
3. Tone presentation sequence: _____



A child is considered to have failed this test if his/her threshold for any *TWO* of the four referral frequencies between 500 and 4000 Hz, is greater than 25 dB in *EITHER* ear.