

# TEXAS YOUTH COMMISSION CHILD CARE SYSTEM
## CONTINUATION SHEET

This information may be detrimental to patient's mental health if discussed with patient or misused by parents

Date: __5-13-88__
MM-DD-YY

Case Number: __lo702778__    Student's Name: Masterson _____, Richard ____,
                                                    Last           First       Initial

Location: __Statewide Reception Center__

Form Number/Name/Item: __Psychiatric Evaluation   Page 4__

## RECOMMENDATIONS:

It is my recommendation that he be considered for residential treatment. At this time, he is not a security risk. He will need special education and family therapy is somewhat of a loss cause. He will need substance abuse counseling and counseling for those who have alcoholic parents. He will need a moderate amount of supervision at the present time. He is not a risk to self or others. He will need some individual and group therapy.

He may be a candidate for psychostimulants for attention deficit, hyperactivity disorder. He appears to have a labile affect which may have an effective component which will respond to Lithium Carbonate or Enderol. He seems highly motivated to change at this time and the prognosis with residential treatment is good.

The report from the dorm indicated that Richard was trying to work through his program but he appeared to have some rough edges.

_W. Kenneth Day_

W. Kenneth Day, M. D.
Consulting Psychiatrist

WK/ab

CCS-000-09/82

# SOCIAL HISTORY

DATE 4-18-88

JPO: L Gutierrez

CHILD Richard Allen MATERSON J.N. # 106300    ALIAS _____
Aka Richard Allan Masterson

HEIGHT 5'11 WEIGHT 135 EYES Bro HAIR Bro SCARS/MARKS blind in left eye

ADDRESS _____ DOB _____
                                    ZIP

HEALTH HISTORY 2/88 Shot in chest - bullet lodged under heart

DRUG/ALCOHOL USAGE Intravenous liq cocaine, alcohol

PRESENT SCHOOL _____ DISTRICT _____

GRADE 06 PROGRAM Sp Ed    PREVIOUS SCHOOL Brantham M.S. Aldene ISD

ATTENDANCE: good  fair  (poor) COMMENTS: _____

DISCIPLINE: good  fair  (poor) COMMENTS: _____

CONDUCT: good  fair  (poor) COMMENTS: _____

SUSPENSION: (yes)  no   REASONS: discipline / truancy

EXPULSION: yes  (no)  REASONS: _____

GRADES REPEATED 6th _____ AVERAGE GRADES _____

CURRENT EMPLOYER: _____ HOURS _____

ADDRESS: _____ INCOME _____

PREVIOUS EMPLOYMENT _____
None

SOC. SEC. #: _____ ALIEN #: _____ DR. LIC.#: _____

PREVIOUS PLACEMENTS OR OTHER AGENCY CONTACTS  (name, date, reason)
Sibling Ramona Weiss 864-2938
Family friend Wayne Moss 445-3045

ADDITIONAL CONTACTS (name, phone #, relationship)
_____

SIBLINGS KNOWN TO THIS DEPT. (name, juvenile #, Court #, last Court date)
Joseph Masterson #66275   TYC 8-8-85 314 DC
Christopher "     #68527

FAMILY RAPPORT/ATTITUDE & NOTES: _____
_____
_____
_____
_____
_____
_____
_____

  
## TYC USE ONLY

TYC Number: 0702-228

Classifying Offense: 7-32-02

Date Admitted: 05/04/88

DHS Client Nbr: X

Court ID Code: DD101314A

Classification: NA

Receiving Facility: Brc

Judgment for Support: ☐-Yes ☐-No Amount: $ _____ /mo.

Reasonable Efforts Clause on Commitment Order: ☐-Yes ☐-No

## IDENTIFICATION

Name: Last: MASTERSON   First: RICHARD   Middle: ALLEN

AKA: MASTERSON   RICHARD   ALLEN

Social Security Number: 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   Sex: ⊙-Male ☐-Female

Race/Ethnic: ☑-Anglo ☐-Black ☐-Hispanic ☐-American Indian ☐-Oriental ☐-Other

Citizenship: ☑-U.S. ☐-Mexico ☐-Other _____

Birthdate: 031057 2

Birth Certificate Attached: ⊙-Yes ⊘-No

Birthplace:
City: HOUSTON   County: HARRIS   State: TEXAS   Country:

## COMMITMENT

County: HARRIS   Date: 04/29/88   Judge's Last Name: BAUM

Court Name: 314th District Court   Cause Number: 61,433

Prosecuting Attorney's Name: O'DEA   Probation ID Nbr: 106300

Type of Commitment: ☑-Direct Commitment ☐-Revocation of Probation

Probation Failure: ☐-Yes ☑-No   If yes, reason: _____

## COMMITMENT REASON

8/23/86

Offense Description: Mischief (2cts) UNUSMV   Offense Code Section: 3107   2803

Offense Level:

| Felony | | | | Misdemeanor | | | Family Code |
|---|---|---|---|---|---|---|---|
| ☐-Capital | ☐-1 | ☐-2 | ⊙-3 | ☑-A | ☐-B | ☐-C | ☐-51.03b |

Determinate Sentence: ☐-Yes ☑-No   Length of Sentence (Nbr Years/Nbr Months): ___ / ___

Prior TYC Commitment:
Date: ___ / ___   NA   Offense Code Section: ___ ___ ___   Offense Description: _____

WPC-3/88

CCF-001

(1 of 6)

# REFERRAL SUMMARY

| Date of Referral | Referral Offense | Disposition | | | | | | Adjudicated Offense | Level of Adjudicated Offense | | | Disposition Modified to Commitment | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | COUNSELED & RELEASED | INFORMAL ADJUSTMENT | REFUSED / DISMISSED | ADJUD. TO PROBATION | ADJUDICATED TO TYC | CERTIFIED AS ADULT | | FELONY | MISDEMEANOR | FAMILY CODE | | |
| 1  09.04.86 | 34.07 | | | | | ✓ | | 31.07 | ✓ | | | ☐-Yes ☐-No | |
| 2  08.23.86 | 28.03 | | | | | ✓ | | 28.03 | | ✓ | | ☐-Yes ☐-No | |
| 3  06.14.86 | 28.03 | | | | | ✓ | | 28.03 | | ✓ | | ☐-Yes ☐-No | |
| 4  07.09.86 | 28.03 | | | | | (circled) | | | | ✓ | | ☐-Yes ☐-No | |
| 5 | 31.07 | | | | | | | 31.07 | | | | ☐-Yes ☐-No | |
| 6 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 7 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 8 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 9 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 10 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 11 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 12 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 13 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 14 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 15 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 16 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 17 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 18 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 19 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 20 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 21 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 22 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 23 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 24 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 25 | | | | | | | | | | | | ☐-Yes ☐-No | |
| 26 | | | | | | | | | | | | ☐-Yes ☐-No | |

Total Number of Referrals: 03

Total Number of Adjudications/Certifications: 1

# PREVIOUS RESIDENTIAL PLACEMENTS

| | Facility Name / Address | Placed By | Starting Date | Ending Date | Discharge Reason |
|---|---|---|---|---|---|
| 1 | | | __/__/__ | __/__/__ | |
| 2 | | | __/__/__ | __/__/__ | |
| 3 | | | __/__/__ | __/__/__ | |
| 4 | | | __/__/__ | __/__/__ | |
| 5 | | | __/__/__ | __/__/__ | |
| 6 | | | __/__/__ | __/__/__ | |

Total Previous Residential Placements: ___O___

Number of Prior Placements at:

State Training Schools: _O_

Accredited Psychiatric Hospitals: _O_

Residential Treatment Centers: _O_

Therapeutic Camps: _O_

Group Homes / Halfway Houses: _NA_

Foster Families: _NA_

Substance Abuse Programs: _NA_

Other Types of Residential Programs: _NA_

Number of Failed Adoptive Placements: _NA_

Age at Time of First Out-of-Home Placement: _NA_

Does the Child Have a History of Being:

| | No | Somewhat or Sometimes | Very Much or Often | Unknown |
|---|---|---|---|---|
| Assaultive with Peers? | ☐-0 | ☑-1 | ☐-2 | ☐-? |
| Assaultive with Staff? | ☐-0 | ☑-1 | ☐-2 | ☐-? |

Child Has Been in Outpatient Therapy ☐-Yes ☑-No Results:_____

Child Has Been in Inpatient Therapy ☐-Yes ☑-No Results:_____

Other Rehabilitative Attempts:_____

_____

_____

_____

_____

WPC - 3/88
CCF-001

School Name: _JS Grantham Middle_
City: _Houston_ School District: _Aldine_
Highest Grade: Enrolled in: _06_ Completed: _05_ Grades: ☐-Passing (☑-Failing)

School Attendance: (☑-None) ☑-Irregular ☐-Regular
_1187_

Type of Class: ☐-Regular ☑-Special Education ☐-Vocational

School Behavior within Last 12 Months:
Number of Documented Disruptive Incidents: _nA_
Number of Suspensions: _nA_
Number of Expulsions: _nA_

_Child has bullet lodged in chest near his heart_
_spine_

Date Last Suicide Attempt: _/ nA_  Date Last Suicide Gesture: _NA_
Number of Suicide Attempts: _nA_

|  | None | Mild | Moderate | Severe |
|---|---|---|---|---|
| Alcohol Abuse: | ☐ | ☐ | ☐ | ☐ |
| Inhalant Abuse: | ☐ | ☐ | ☐ | ☐ |
| Abuse of Other Drugs (List): | ☐ | | | |
| _Cocaine_ | | ☐ | ☐ | ☑ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |

Number of Unauthorized Absences from Secure Placements
(Correctional or Psychiatric Institutions): _nA_

Number of Unauthorized Absences from Non-secure Placements
(Community-based Programs or Foster Families): _nA_

Managing Conservator: ☐-Mother (☑-Father) ☐-DHS ☐-Other
Responsible Female:
Name: _EllAbelle (Burnett) MASTERSON_ Relationship to Youth: _mother X_
Street Address: _1331 Herkimer_
City: _Houston_ County: _Harris_ State: _Texas_ Country: _____ Zip: _77008_
Phone: _(713) 864 2938_ Date of Birth: _09/29/36_ Social Security Nbr: _410 54 2324_
Race/Ethnic: _W_ Date of Death: _NA_ Employed: ☐-Yes ☑-No Current Marital Status: _D_
Abused as Child: ☑-Yes ☐-No ☐-Unknown  Reared in Chaotic Environment: ☑-Yes ☐-No ☐-Unknown
Poor Relationship with Own Parent: ☐-Yes ☐-No ☑-Unknown
Poor or No Peer Relationships: ☐-Yes ☐-No ☑-Unknown